UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PAUL H. SCHWENDENER, INC., *et al.*, | ) ) | Case No. 07-12145 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## CERTIFICATE OF SERVICE

TO:   See Attached Service List

Allen J. Guon certifies that he caused to be served a true copy of the **Notice of Final Hearing on M.P. Associates L.P.'s Emergency Motion to Use Cash Collateral**, a copy of which is attached, upon the attached Service List via prepaid first-class U.S. Mail on the 12th day of July 2007.

/s/ Allen J. Guon

Allen J. Guon (#6244526)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL  60610
(312) 541-0151

{6170 CER A0179636.DOC}

# NITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PAUL H. SCHWENDENER, INC., *et al.*, | ) ) | Case No. 07-12145 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## NOTICE OF FINAL HEARING ON M.P. ASSOCIATES L.P.'S EMERGENCY MOTION TO USE CASH COLLATERAL

**PLEASE TAKE NOTICE AS FOLLOWS:**

1. On July 8, 2007, M.P. Associates L.P. (the "Debtor") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Since then, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

2. On July 9, 2007, the Debtor filed an emergency motion (the "Motion") for authority to use cash collateral.

3. On July 11, 2007, the bankruptcy court approved the entry of an interim order permitting the use of cash collateral, granting certain adequate protection and scheduling a final hearing on the Motion.

4. A final hearing on the Motion and the relief requested therein shall be held on **July 25, 2007 at 10:00 a.m.** before the **Honorable Eugene R. Wedoff in Courtroom 744** of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place, at which time and place you may appear if you deem fit. Such hearing may be continued from time to time without further notice other than by announcement in open court.

Steven B. Towbin (#2848546)
Allen J. Guon (#6244526)
Mark L. Radtke (#6275738)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610

*Counsel for Paul H. Schwendener, Inc., et al.*

{6170 NTC A0178864.DOC}

MICHAEL S. SCHWENDENER
PRESIDENT
PAUL H. SCHWENDENER, INC.
1000 VANDUSTRIAL DR.
WESTMONT, IL 60559-2468

SCOTT B. GREENE
DANIEL A. ZAZOVE
PERKINS COIE LLP
131 S. DEARBORN ST., STE. 1700
CHICAGO, IL 60603-5559

THOMAS S. KIRIAKOS
MATTHEW V. WARGIN
MAYER, BROWN, ROWE & MAW LLP
71 S. WACKER DR.
CHICAGO, IL 60606-4637

GREGORY A. FRIEDMAN
FRIEDMAN & HOLTZ
208 S. LASALLE ST., STE. 760
CHICAGO, IL 60604

DAVID G. LYNCH
DLA PIPER RUDNICK GRAY CARY US LLP
203 N. LASALLE ST., STE. 1900
CHICAGO, IL 60601

WILLIAM J. SERRITELLA JR.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. WABASH AVE., STE. 3000
CHICAGO, IL 60611

DANIEL J. HYMAN
MILLENNIUM PROPERTIES R/E, INC.
TWO FIRST NATIONAL PLAZA
20 S. CLARK ST., STE. 630
CHICAGO, IL 60603

STEPHEN C. SCHULTE
DANIEL J. MCGUIRE
WINSTON & STRAWN LLP
35 W. WACKER DR.
CHICAGO, IL 60601

M. GRETCHEN SILVER
OFFICE OF THE U.S. TRUSTEE
NORTHERN DISTRICT OF ILLINOIS
227 W. MONROE ST., STE. 3350
CHICAGO, IL 60606

JOHN A. CLARK
ASSISTANT CORPORATION COUNSEL
CITY OF CHICAGO, DEPARTMENT OF LAW
30 N. LASALLE ST., STE. 1230
CHICAGO, IL 60602

MICHAEL FORTI, DEPUTY CORPORATION COUNSEL
THOMAS FORGUE, ASSISTANT CORPORATION
COUNSEL
CITY OF CHICAGO, DEPARTMENT OF LAW
30 N. LASALLE ST., STE. 900
CHICAGO, IL 60602

PEKIN INSURANCE
2505 COURT ST.
PEKIN, IL 61558-0001

LEAK STOP ROOFING
ATTN: MICHAEL GLOW
21660 W. OLD BARN LN.
FOREST LAKE, IL 60047

VILLAGE OF MELROSE PARK
WATER DEPARTMENT
1000 N. 25TH AVE.
MELROSE PARK, IL 60160

PRO-CUT LANDSCAPING, INC.
ATTN: JIM STRAMAGLIA
1709 N. 22ND AVE.
MELROSE PARK, IL 60160

REID CONTRACTING
ATTN: MARK JANICKE
106 ALEXANDRIA DR.
VERNON HILLS, IL 60061-2047

ARC DISPOSAL
2101 S. BUSSE RD.
MOUNT PROSPECT, IL 60056

POWERVAC SWEEPING, INC.
4N 517 MEDINAH RD.
ADDISON, IL 60101

CHICAGO TITLE LAND TRUST COMPANY
181 W. MADISON ST., 17TH FLOOR
CHICAGO, IL 60602

6170 LBL A0178912.WPD 2

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE
MANAGEMENT
2100 SWIFT DR.
OAKBROOK, IL 60523

WESTERN SURETY COMPANY
333 S. WABASH AVE.
CHICAGO, IL 60604

UNIVERSAL SURETY OF AMERICA
333 S. WABASH AVE.
CHICAGO, IL 60604

THE CONTINENTAL INSURANCE COMPANY
333 S. WABASH AVE.
CHICAGO, IL 60604

SURETY BONDING COMPANY OF AMERICA
333 S. WABASH AVE.
CHICAGO, IL 60604

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
333 S. WABASH AVE.
CHICAGO, IL 60604

FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY
333 S. WABASH AVE.
CHICAGO, IL 60604

CONTINENTAL CASUALTY COMPANY
333 S. WABASH AVE.
CHICAGO, IL 60604

CNA SURETY
333 S. WABASH AVE.
CHICAGO, IL 60604

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA
333 S. WABASH AVE.
CHICAGO, IL 60604

UNITED STATES FIRE INSURANCE CO.
305 MADISON AVE.
MORRISTOWN, NJ 07932

TIG INSURANCE COMPANY
305 MADISON AVE.
MORRISTOWN, NJ 07932