05/29/08 THU 14:50 FAX 630 810 1921      PHS EXEC OFFICE                                   ☒002

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PAUL H. SCHWENDENER, INC., | ) | Case No. 07 B 12145 |
| SCHWENDENER CONSTRUCTION CO., INC., | ) | Case No. 07 B 12146 |
| HARSTON/SCHWENDENER, A JOINT | ) | Case No. 07 B 12147 |
| VENTURE | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

### FINAL REPORT OF PAUL H. SCHWENDENER, INC. AS DEBTOR-IN-POSSESSION

Paul H. Schwendener, Inc. (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(a)(ii).

1. On July 8, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Court entered an order converting this case to a case under chapter 7 on May 14, 2008. Gina B. Krol has been appointed as the interim chapter 7 trustee (the "Trustee") for the Debtor's estate.

2. A summary of the Debtor's Final Report for the period of July 8, 2007 through May 14, 2008 is as follows:

| | | |
|---|---|---|
| a. | BEGINNING BALANCE | $1,007.08 |
| b. | RECEIPTS | $321,041.89 |
| c. | DISBURSEMENTS | $169,123.68 |
| d. | NET CASH available for Trustee | $152,925.29 |

Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through May 14, 2008.

3. After May 14, 2008, the Debtor deposited an additional $1,560.00 in the Downers

{6602 RPT A0207416.DOC}

05/29/08 THU 14:50 FAX 630 810 1921        PHS EXEC OFFICE                          ☒003

Grove National Bank account. Accordingly, the total net cash available in the Debtor's accounts for the Trustee is $154,485.29. See Exhibit A

4.  Midwest Bank & Trust ("Midwest") is holding approximately $70,000.00 of the Debtor's funds in a cash collateral account. Midwest has not provided the Debtor with information necessary to include the Midwest cash collateral account in the monthly operating report or this final report.

5.  The Debtor has filed a Schedule of Unpaid Debts in accordance with Fed. R. Bankr. P. 1019(5)(a)(ii) and the total unpaid debts are unknown at this time.

Respectfully submitted,

PAUL H. SCHWENDENER, INC.,

Dated: May 29, 2008

By: _____
Michael S. Schwendener,
President

Steven B. Towbin (#2848546)
Allen J. Guon (#6244526)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610

*Counsel for Paul H. Schwendener, Inc.*

{6602 RPT A0207416.DOC}

05/29/08  THU 14:50  FAX 630 810 1921        PHS EXEC OFFICE                    ☒004

# EXHIBIT A
# MONTHLY OPERATING REPORTS

1.  July 8, 2007 – July 31, 2008 filed on September 14, 2007 (Dkt. #169).

2.  August, 2007 filed on September 14, 2007 (Dkt #170).

3.  September, 2007 filed on October 16, 2007 (Dkt #218).

4.  October, 2007 filed on November 16, 2007 (Dkt #271).

5.  November, 2007 filed on December 19, 2007 (Dkt #301).

6.  December, 2007 filed on January 16, 2008 (Dkt #337).

7.  January, 2008 filed on February 20, 2008 (Dkt #363).

8.  February, 2008 filed on March 12, 2008 (Dkt #396).

9.  March, 2008 filed on April 17, 2008 (Dkt #442).

10. April, 2008 filed on May 8, 2008 (Dkt #472).

11. May 1, 2008 – May 14, 2008 filed on May 2, 2008 (Dkt #484).

{6602 RPT A0207416.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.        CASE NO.: 07-12145
                                             (JOINTLY ADMINISTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 31, 2007

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 1,007.08 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $199,514.51 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | $ 0 |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | $ 0 |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 0 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
| TOTAL DISBURSEMENTS | $ 0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $199,514.51 |
| ENDING BALANCE IN LaSalle Bank N.A. | $    238.66 |
| ENDING BALANCE IN Harris Bank N.A. | $    768.62 |
| ENDING BALANCE IN The Northern Trust Company | $199,514.31 |
| ENDING BALANCE IN ALL ACCOUNTS | $200,521.59 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>PAUL H. SCHWENDENER, INC.</u>    CASE NO.: <u>07-12145</u>
                                              <u>(JOINTLY ADMINISTERED)</u>

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending <u>August 31, 2007</u>

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 200,521.59 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 25,257.57 |
| 2. Other Receipts | $ 67.98 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $ 0 |
| b. Others | $ 0 |
| 4. Taxes | |
| a. Federal Income Taxes | |
| b. FICA withholdings | $ 0 |
| c. Employee's withholdings | $ 0 |
| d. Employer's FICA | $ 0 |
| e. Federal Unemployment Taxes | $ 0 |
| f. State Income Tax | $ 0 |
| g. State Employee withholdings | $ 0 |
| h. All other state taxes | $ 0 |
| | $ 0 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payment(s) | |
| b. Utilities | |
| c. Insurance | $ 0 |
| d. Merchandise bought for manufacture or sale | $ 525.36 |
| e. Other necessary expenses (specify) | $ 0 |
| Checking account fee, lawn maintenance, security, copy | $ 0 |
| Machine maintenance, software maintenance and scavenger | $ 1,097.49 |
| TOTAL DISBURSEMENTS | $ 1,622.85 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 23,702.70 |
| ENDING BALANCE IN LaSalle Bank N.A. | $ 238.86 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $199,582.09 |
| ENDING BALANCE IN Downers Grove National Bank | $ 23,634.72 |
| ENDING BALANCE IN ALL ACCOUNTS | $224,224.29 |

10/15/07 MON 19:17 FAX 630 810 1921        PHS EXEC OFFICE                    ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.   CASE NO.: 07-12145

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending September 30, 2007

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 224,224.29 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 1,649.00 |
| 2. Other Receipts | $ 65.82 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 1,041.93 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|       Security, scavenger & software maintenance | $ 2,112.15 |
| TOTAL DISBURSEMENTS | $ 3,154.08 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (1,439.26) |
| ENDING BALANCE IN LaSalle N.A. | $ 239.06 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $199,647.71 |
| ENDING BALANCE IN Downers Grove National Bank | $ 22,129.64 |
| ENDING BALANCES IN ALL ACCOUNTS | $222,785.03 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.     CASE NO.: 07-12145

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending October 31, 2007

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 222,785.03 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 2,436.25 |
| 2. Other Receipts | $ 68.02 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $ 0 |
| b. Others | $ 0 |
| 4. Taxes | |
| a. Federal Income Taxes | $ 0 |
| b. FICA withholdings | $ 0 |
| c. Employee's withholdings | $ 0 |
| d. Employer's FICA | $ 0 |
| e. Federal Unemployment Taxes | $ 0 |
| f. State Income Tax | $ 0 |
| g. State Employee withholdings | $ 0 |
| h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payment(s) | $ 0 |
| b. Utilities | $ 1,687.31 |
| c. Insurance | $ 0 |
| d. Merchandise bought for manufacture or sale | $ 0 |
| e. Other necessary expenses (specify) | $ 0 |
| Scavenger, lawn, software maintenance and U. S. Trustee fee | $ 1,153.15 |
| TOTAL DISBURSEMENTS | $ 2,840.46 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ ( 336.19) |
| ENDING BALANCE IN LaSalle N.A. | $ 239.26 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $199,715.53 |
| ENDING BALANCE IN Downers Grove National Bank | $ 21,725.43 |
| ENDING BALANCES IN ALL ACCOUNTS | $222,448.84 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending **November 30, 2007**

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 222,448.84 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 21,375.64 |
| 2. Other Receipts | $ 65.86 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 291.32 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|       Scavenger, supplies and maintenance and U. S. Trustee fee | $ 1,713.46 |
| TOTAL DISBURSEMENTS | $ 2,004.78 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 19,436.72 |
| ENDING BALANCE IN LaSalle N.A. | $ 239.46 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $199,781.19 |
| ENDING BALANCE IN Downers Grove National Bank | $ 41,096.29 |
| ENDING BALANCES IN ALL ACCOUNTS | $241,885.56 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **PAUL H. SCHWENDENER, INC.**    CASE NO.: **07-12145**
(JOINTLY ADMINSTERED)
**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**

**For Month Ending December 31, 2007**

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 241,885.56 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 1,800.00 |
| 2. Other Receipts | $ 38.50 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 241.24 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|       Scavenger, maintenance & special council fee | $ 93,869.07 |
| TOTAL DISBURSEMENTS | $ 94,110.31 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (92,271.81) |
| ENDING BALANCE IN LaSalle N.A. | $ 239.64 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $106,819.51 |
| ENDING BALANCE IN Downers Grove National Bank | $ 41,785.98 |
| ENDING BALANCES IN ALL ACCOUNTS | $149,613.75 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINSTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending January 31, 2008

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 149,613.75 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 780.00 |
| 2. Other Receipts | $ 36.44 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 1,101.91 |
|    c. Insurance | $ 4,024.00 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses security, annual franchise tax, | $ 0 |
|       Scavenger, maintenance & trustee fee | $ 1,233.91 |
|    f. Environmental assessment | $ 2,300.00 |
| TOTAL DISBURSEMENTS | $ 8,659.82 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ ( 7,843.38) |
| ENDING BALANCE IN LaSalle N.A. | $ 239.79 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $106,855.80 |
| ENDING BALANCE IN Downers Grove National Bank | $ 33,906.16 |
| ENDING BALANCES IN ALL ACCOUNTS | $141,770.37 |

03/11/08 TUE 14:41 FAX 630 810 1921     PHS EXEC OFFICE                                   ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.     CASE NO.: 07-12145
(JOINTLY ADMINSTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending February 29, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 141,770.37 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 49,965.00 |
| 2. Other Receipts | $ 34.05 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 1,841.59 |
|    c. Insurance | $ |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses security, annual franchise tax, and scavenger. | $ 0 $ 469.94 $ |
| TOTAL DISBURSEMENTS | $ 2,311.53 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 47,687.52 |
| ENDING BALANCE IN LaSalle N.A. | $ 239.88 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $106,889.76 |
| ENDING BALANCE IN Downers Grove National Bank | $ 81,559.63 |
| ENDING BALANCES IN ALL ACCOUNTS | $189,457.89 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>PAUL H. SCHWENDENER, INC.</u>    CASE NO.: <u>07-12145</u>

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending March 31, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $189,457.89 |
| RECEIPTS: | |
| 1. Receipts from operations | $15,780.00 |
| 2. Other Receipts | $36.40 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0.00 |
|    b. Others | $0.00 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0.00 |
|    b. FICA withholdings | $0.00 |
|    c. Employee's withholdings | $0.00 |
|    d. Employer's FICA | $0.00 |
|    e. Federal Unemployment Taxes | $0.00 |
|    f. State Income Tax | $0.00 |
|    g. State Employee withholdings | $0.00 |
|    h. All other state taxes | $0.00 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0.00 |
|    b. Utilities | $2,291.15 |
|    c. Insurance | $0.00 |
|    d. Merchandise bought for manufacture or sale | $0.00 |
|    e. Other necessary expenses (specify) | |
|    scavenger and W-2 filing | $818.07 |
| TOTAL DISBURSEMENTS | $3,109.22 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $12,707.18 |
| ENDING BALANCE IN LaSalle N.A. | $239.97 |
| ENDING BALANCE IN Harris Bank N.A. | $768.62 |
| ENDING BALANCE IN The Northern Trust Company | $106,926.07 |
| ENDING BALANCE IN Downers Grove National Bank | $94,230.41 |
| ENDING BALANCE IN ALL ACCOUNTS | $202,165.07 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINSTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending April 30, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 202,165.07 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 2,040.00 |
| 2. Other Receipts | $ 30.85 |
| DISBURSEMENTS: | |
| 3. Net payroll: | $ 0 |
|    a. Officers | $ 0 |
|    b. Others | |
| 4. Taxes | $ 0 |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | |
| 5. Necessary expenses: | $ 0 |
|    a. Rent or mortgage payment(s) | $ 2,829.25 |
|    b. Utilities | $ |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses: scavenger, registered agent fee, U. S. Trustee Fee and maintenance. | $ 1,104.32 |
|    f. Property taxes & cashier's check fee | $ 28,269.18 |
| TOTAL DISBURSEMENTS | $ 32,202.75 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (30,131.90) |
| ENDING BALANCE IN LaSalle N.A. | $ 240.06 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $ 106,956.83 |
| ENDING BALANCE IN Downers Grove National Bank | $ 64,067.66 |
| ENDING BALANCES IN ALL ACCOUNTS | $ 172,233.17 |

05/27/08  TUE 09:57 FAX 630 810 1921      PHS EXEC OFFICE                                        ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.         CASE NO.: 07-12145
                                             (JOINTLY ADMINSTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending May 14, 2008

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 172,033.17 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0. |
| 2. Other Receipts | $ 0. |
| DISBURSEMENTS: | |
| 3. Net payroll: | $ 0. |
| a. Officers | |
| b. Others | $ 0. |
| 4. Taxes | $ 0. |
| a. Federal Income Taxes | $ 0. |
| b. FICA withholdings | $ 0. |
| c. Employee's withholdings | $ 0. |
| d. Employer's FICA | $ 0. |
| e. Federal Unemployment Taxes | $ 0. |
| f. State Income Tax | $ 0. |
| g. State Employee withholdings | $ 0. |
| h. All other state taxes | |
| 5. Necessary expenses: | $ 0. |
| a. Rent or mortgage payment(s) | $ 0. |
| b. Utilities | $ 85.89 |
| c. Insurance | $ 0. |
| d. Merchandise bought for manufacture or sale | $ 0. |
| e. Other necessary expenses: Landscaping, fees + security | $ 656.34 |
| f. Legal | $ 18,365.65 |
| TOTAL DISBURSEMENTS | $ 19,107.88 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (19,107.88) |
| ENDING BALANCE IN LaSalle N.A. | $ 240.06 |
| ENDING BALANCE IN Harris Bank N.A. | $ 768.62 |
| ENDING BALANCE IN The Northern Trust Company | $ 106,956.83 |
| ENDING BALANCE IN Downers Grove National Bank | $ 44,959.78 * |
| ENDING BALANCES IN ALL ACCOUNTS | $ 152,925.29 |

\* Excludes misc. deposits of $1,300. and $260. made on May 21 and 22 respectively. Total D.G.N.B. ending balance on May 23 is 46,519.78 (acct. no. 51003341).