05/29/08 THU 11:59 FAX 630 810 1921    PHS EXEC OFFICE                           ☒002

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PAUL H. SCHWENDENER, INC., | ) | Case No. 07 B 12145 |
| SCHWENDENER CONSTRUCTION CO., INC., | ) | Case No. 07 B 12146 |
| HARSTON/SCHWENDENER, A JOINT | ) | Case No. 07 B 12147 |
| VENTURE | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## FINAL REPORT OF HARTON/SCHWENDENER, A JOINT VENTURE AS DEBTOR-IN-POSSESSION

HARSTON/SCHWENDENER, A Joint-Venture (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(a)(ii).

1. On July 8, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Court entered an order converting this case to a case under chapter 7 on May 14, 2008. Gina B. Krol has been appointed as the interim chapter 7 trustee (the "Trustee") for the Debtor's estate.

2. A summary of the Debtor's Final Report for the period of July 8, 2007 through May 14, 2008 is as follows:

   a. BEGINNING BALANCE              $    0.
   
   b. RECEIPTS                       $    0.
   
   c. DISBURSEMENTS                  $    0.
   
   d. NET CASH available for Trustee $    0.

Attached hereto as <u>Exhibit A</u> are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through May 14, 2008.

3. The Debtor has filed a Schedule of Unpaid Debts in accordance with Fed. R.

{6602 RPT A0207416.DOC}

Bankr. P. 1019(5)(a)(ii) in the aggregate sum of $325.00.

        Respectfully submitted,

        HARSTON/SCHWENDENER, A Joint-Venture

        By: Paul H. Schwendener, Inc.
        Managing Party

Dated: May 29, 2008        By: _____
        Michael S. Schwendener, President

{6602 RPT A0207416.DOC}

# EXHIBIT A
# MONTHLY OPERATING REPORTS

1. July 8, 2007 – July 31, 2008 filed on September 14, 2007 (Dkt. #173).

2. August, 2007 filed on September 14, 2007 (Dkt #174).

3. September, 2007 filed on October 15, 2007 (Dkt #303).

4. October, 2007 filed on November 16, 2007 (Dkt #304).

5. November, 2007 filed on December 19, 2007 (Dkt #305).

6. December, 2007 filed on January 10, 2008 (Dkt #330).

7. January, 2008 filed on February 20, 2008 (Dkt #364).

8. February, 2008 filed on March 10, 2008 (Dkt #383).

9. March, 2008 filed on April 17, 2008 (Dkt #440).

10. April, 2008 filed on May 7, 2008 (Dkt #467).

11. May 1, 2008 – May 14, 2008 filed on May 28, 2008 (Dkt. #486).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>HARSTON/SCHWENDENER, JV</u>   CASE NO.: <u>07-12145</u>
(JOINTLY ADMINISTERED)

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending <u>July 31, 2007</u>

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0 |
|    b. Others | $0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0 |
|    b. FICA withholdings | $0 |
|    c. Employee's withholdings | $0 |
|    d. Employer's FICA | $0 |
|    e. Federal Unemployment Taxes | $0 |
|    f. State Income Tax | $0 |
|    g. State Employee withholdings | $0 |
|    h. All other state taxes | $0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0 |
|    b. Utilities | $0 |
|    c. Insurance | $0 |
|    d. Merchandise bought for manufacture or sale | $0 |
|    e. Other necessary expenses (specify) | $0 |
|    _____ | |
|    _____ | |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

09/13/07 THU 11:44 FAX 630 810 1921   DOCUMENTS EXECUTED   ☒002

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: <u>HARSTON/SCHWENDENER, JV</u>   CASE NO.: <u>07-12145</u>
(JOINTLY ADMINISTERED)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending <u>August 31, 2007</u>

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0 |
|    b. Others | $0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0 |
|    b. FICA withholdings | $0 |
|    c. Employee's withholdings | $0 |
|    d. Employer's FICA | $0 |
|    e. Federal Unemployment Taxes | $0 |
|    f. State Income Tax | $0 |
|    g. State Employee withholdings | $0 |
|    h. All other state taxes | $0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0 |
|    b. Utilities | $0 |
|    c. Insurance | $0 |
|    d. Merchandise bought for manufacture or sale | $0 |
|    e. Other necessary expenses (specify) | $0 |
| | |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: HARSTON/SCHWENDENER, JV    CASE NO.: 07-12147

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending September 30, 2007

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0 |
|    b. Others | $0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0 |
|    b. FICA withholdings | $0 |
|    c. Employee's withholdings | $0 |
|    d. Employer's FICA | $0 |
|    e. Federal Unemployment Taxes | $0 |
|    f. State Income Tax | $0 |
|    g. State Employee withholdings | $0 |
|    h. All other state taxes | $0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0 |
|    b. Utilities | $0 |
|    c. Insurance | $0 |
|    d. Merchandise bought for manufacture or sale | $0 |
|    e. Other necessary expenses (specify) | $0 |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

11/15/07 THU 12:35 FAX 630 810 1921         PHS EXEC OFFICE                              ☒002

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: <u>HARSTON/SCHWENDENER, JV</u>    CASE NO.: <u>07-12147</u>

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending <u>October 31, 2007</u>

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | $0 |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | |
| | |
| DISBURSEMENTS: | |
| 3. Net payroll: | $0 |
| a. Officers | $0 |
| b. Others | |
| | |
| 4. Taxes | $0 |
| a. Federal Income Taxes | $0 |
| b. FICA withholdings | $0 |
| c. Employee's withholdings | $0 |
| d. Employer's FICA | $0 |
| e. Federal Unemployment Taxes | $0 |
| f. State Income Tax | $0 |
| g. State Employee withholdings | $0 |
| h. All other state taxes | |
| | |
| 5. Necessary expenses: | $0 |
| a. Rent or mortgage payment(s) | $0 |
| b. Utilities | $0 |
| c. Insurance | $0 |
| d. Merchandise bought for manufacture or sale | $0 |
| e. Other necessary expenses (specify) | |
| | |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

12/18/07 TUE 14:21 FAX 630 810 1921        PHS EXEC OFFICE                    ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: HARSTON/SCHWENDENER, JV    CASE NO.: 07-12147

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending November 30, 2007

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0 |
|    b. Others | $0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0 |
|    b. FICA withholdings | $0 |
|    c. Employee's withholdings | $0 |
|    d. Employer's FICA | $0 |
|    e. Federal Unemployment Taxes | $0 |
|    f. State Income Tax | $0 |
|    g. State Employee withholdings | $0 |
|    h. All other state taxes | $0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0 |
|    b. Utilities | $0 |
|    c. Insurance | $0 |
|    d. Merchandise bought for manufacture or sale | $0 |
|    e. Other necessary expenses (specify) | $0 |
| _____ | |
| _____ | |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **PAUL H. SCHWENDENER, INC.**   CASE NO.: **07-12145**
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR
HARSTON/SCHWENDENER, JV  -  CASE NO. 07-12147

For Month Ending   December 31, 2007

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $0 |
| b. Others | $0 |
| 4. Taxes | |
| a. Federal Income Taxes | $0 |
| b. FICA withholdings | $0 |
| c. Employee's withholdings | $0 |
| d. Employer's FICA | $0 |
| e. Federal Unemployment Taxes | $0 |
| f. State Income Tax | $0 |
| g. State Employee withholdings | $0 |
| h. All other state taxes | $0 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payment(s) | $0 |
| b. Utilities | $0 |
| c. Insurance | $0 |
| d. Merchandise bought for manufacture or sale | $0 |
| e. Other necessary expenses (specify) | $0 |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.   CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR
HARSTON/SCHWENDENER, JV - CASE NO. 07-12147

For Month Ending January 31, 2008

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0 |
|    b. Others | $0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0 |
|    b. FICA withholdings | $0 |
|    c. Employee's withholdings | $0 |
|    d. Employer's FICA | $0 |
|    e. Federal Unemployment Taxes | $0 |
|    f. State Income Tax | $0 |
|    g. State Employee withholdings | $0 |
|    h. All other state taxes | $0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0 |
|    b. Utilities | $0 |
|    c. Insurance | $0 |
|    d. Merchandise bought for manufacture or sale | $0 |
|    e. Other necessary expenses (specify) | $0 |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR
HARSTON/SCHWENDENER, JV - CASE NO. 07-12147

For Month Ending February 29, 2008

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 0 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $ 0 |
| b. Others | $ 0 |
| 4. Taxes | |
| a. Federal Income Taxes | $ 0 |
| b. FICA withholdings | $ 0 |
| c. Employee's withholdings | $ 0 |
| d. Employer's FICA | $ 0 |
| e. Federal Unemployment Taxes | $ 0 |
| f. State Income Tax | $ 0 |
| g. State Employee withholdings | $ 0 |
| h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payment(s) | $ 0 |
| b. Utilities | $ 0 |
| c. Insurance | $ 0 |
| d. Merchandise bought for manufacture or sale | $ 0 |
| e. Other necessary expenses (specify) | $ 0 |
| TOTAL DISBURSEMENTS | $ 0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 0 |
| ENDING BALANCE | $ 0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.   CASE NO.: 07-12145
                                       (JOINTLY ADMINISTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
HARSTON/SCHWENDENER, JV — CASE NO. 07-12147

For Month Ending March 31, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0.00 |
| RECEIPTS: | |
| 1. Receipts from operations | $0.00 |
| 2. Other Receipts | $0.00 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $0.00 |
| b. Others | $0.00 |
| 4. Taxes | |
| a. Federal Income Taxes | $0.00 |
| b. FICA withholdings | $0.00 |
| c. Employee's withholdings | $0.00 |
| d. Employer's FICA | $0.00 |
| e. Federal Unemployment Taxes | $0.00 |
| f. State Income Tax | $0.00 |
| g. State Employee withholdings | $0.00 |
| h. All other state taxes | $0.00 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payment(s) | $0.00 |
| b. Utilities | $0.00 |
| c. Insurance | $0.00 |
| d. Merchandise bought for manufacture or sale | $0.00 |
| e. Other necessary expenses (specify) | |
| TOTAL DISBURSEMENTS | $0.00 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0.00 |
| ENDING BALANCE | $0.00 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.   CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR
HARSTON/SCHWENDENER, JV  -  CASE NO. 07-12147

For Month Ending  April 30, 2008

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 0 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|   a. Officers | $ 0 |
|   b. Others | $ 0 |
| 4. Taxes | |
|   a. Federal Income Taxes | $ 0 |
|   b. FICA withholdings | $ 0 |
|   c. Employee's withholdings | $ 0 |
|   d. Employer's FICA | $ 0 |
|   e. Federal Unemployment Taxes | $ 0 |
|   f. State Income Tax | $ 0 |
|   g. State Employee withholdings | $ 0 |
|   h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|   a. Rent or mortgage payment(s) | $ 0 |
|   b. Utilities | $ 0 |
|   c. Insurance | $ 0 |
|   d. Merchandise bought for manufacture or sale | $ 0 |
|   e. Other necessary expenses (specify) | $ 0 |
| TOTAL DISBURSEMENTS | $ 0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 0 |
| ENDING BALANCE | $ 0 |

05/27/08 TUE 10:07 FAX 630 810 1921        PHS EXEC OFFICE                          ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **PAUL H. SCHWENDENER, INC.**   CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR
HARSTON/SCHWENDENER, JV - CASE NO. 07-12147

For Month Ending May 14, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $0 |
| RECEIPTS: | |
| 1. Receipts from operations | $0 |
| 2. Other Receipts | $0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0 |
|    b. Others | $0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0 |
|    b. FICA withholdings | $0 |
|    c. Employee's withholdings | $0 |
|    d. Employer's FICA | $0 |
|    e. Federal Unemployment Taxes | $0 |
|    f. State Income Tax | $0 |
|    g. State Employee withholdings | $0 |
|    h. All other state taxes | $0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0 |
|    b. Utilities | $0 |
|    c. Insurance | $0 |
|    d. Merchandise bought for manufacture or sale | $0 |
|    e. Other necessary expenses (specify) | $0 |
| TOTAL DISBURSEMENTS | $0 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $0 |
| ENDING BALANCE | $0 |