UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PAUL H. SCHWENDENER, INC., | ) | Case No. 07 B 12145 |
| SCHWENDENER CONSTRUCTION CO., INC., | ) | Case No. 07 B 12146 |
| HARSTON/SCHWENDENER, A JOINT | ) | Case No. 07 B 12147 |
| VENTURE | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

**FINAL REPORT OF SCHWENDENER CONSTRUCTION COMPANY, INC. AS
DEBTOR-IN-POSSESSION**

Schwendener, Construction Company, Inc. (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(a)(ii).

1. On July 8, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Court entered an order converting this case to a case under chapter 7 on May 14, 2008. Gina B. Krol has been appointed as the interim chapter 7 trustee (the "Trustee") for the Debtor's estate.

2. A summary of the Debtor's Final Report for the period of July 8, 2007 through May 14, 2008 is as follows:

   a. BEGINNING BALANCE          $8,450.59
   b. RECEIPTS                   $1,110.40
   c. DISBURSEMENTS              $1,067.72
   d. NET CASH available for Trustee   $8,493.27

Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through May 14, 2008.

3. The Debtor has filed a Schedule of Unpaid Debts in accordance with Fed. R.

{6529 RPT A0207437.DOC}

Bankr. P. 1019(5)(a)(ii) in the aggregate sum of $325.00.

                          Respectfully submitted,

                          SCHWENDENER CONSTRUCTION
                          COMPANY, INC.

Dated: May 29, 2008             By: _____
                                  Michael S. Schwendener,
                                  President

{6529 RPT A0207437.DOC}

# EXHIBIT A
# MONTHLY OPERATING REPORTS

1. July 8, 2007 – July 31, 2008 filed on September 14, 2007 (Dkt. #171).

2. August, 2007 filed on September 14, 2007 (Dkt #172).

3. September, 2007 filed on October 15, 2007 (Dkt #302).

4. October, 2007 filed on November 16, 2007 Docketed in Scwendener Construction Co., Inc., Case No. 07-12146 (Dkt #14).

5. November, 2007 filed on December 19, 2007 (Dkt #316).

6. December, 2007 filed on January 10, 2008 (Dkt #331).

7. January, 2008 filed on February 20, 2008 (Dkt #365).

8. February, 2008 filed on March 10, 2008 (Dkt #384).

9. March, 2008 filed on April 17, 2008 (Dkt #441).

10. April, 2008 filed on May 7, 2008 (Dkt #466).

11. May 1, 2008 – May 14, 2008 (Amended) filed on May 29, 2008 (Dkt. #487).

{6529 RPT A0207437.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SCHWENDENER CONST. CO.     CASE NO.: 07-12145
                                       (JOINTLY ADMINISTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 31, 2007

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,450.59 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 0 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|    f. Monthly Account Charge | $ 9.05 |
| TOTAL DISBURSEMENTS | $ 9.05 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($ 9.05) |
| ENDING BALANCE Harris Bank N.A. | $ 8,441.54 |
| ENDING BALANCE IN ALL ACCOUNTS | $8,441.54 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>SCHWENDENER CONST. CO.</u>   CASE NO.: <u>07-12145</u>
                                              (JOINTLY ADMINISTERED)

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending <u>August 31, 2007</u>

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,441.54 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $ 0 |
| b. Others | $ 0 |
| 4. Taxes | |
| a. Federal Income Taxes | $ 0 |
| b. FICA withholdings | $ 0 |
| c. Employee's withholdings | $ 0 |
| d. Employer's FICA | $ 0 |
| e. Federal Unemployment Taxes | $ 0 |
| f. State Income Tax | $ 0 |
| g. State Employee withholdings | $ 0 |
| h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payment(s) | $ 0 |
| b. Utilities | $ 0 |
| c. Insurance | $ 0 |
| d. Merchandise bought for manufacture or sale | $ 0 |
| e. Other necessary expenses (specify) | $ 0 |
| f. <u>Monthly Account Charge</u> | $ 8.90 |
| TOTAL DISBURSEMENTS | $ 8.90 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($ 8.90) |
| ENDING BALANCE Harris Bank N.A. | $ 8,432.64 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,432.64 |

10/12/07  FRI 14:50 FAX 630 810 1921        PHS EXEC OFFICE                                    ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SCHWENDENER CONST. CO.        CASE NO.: 07-12146

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending September 30, 2007

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,432.64 |
| **RECEIPTS:** | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| **DISBURSEMENTS:** | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 0 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|    f. Monthly Account Charge | $ 8.91 |
| TOTAL DISBURSEMENTS | $ 8.91 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($ 8.91) |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,423.73 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,423.73 |

11/15/07 THU 12:45 FAX 630 810 1921    PHS EXEC OFFICE                              ☒002

E-FILED ON 1F-16-07
DKT. # 14
SG. DKT. CALENDAR ——

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>SCHWENDENER CONST. CO.</u>    CASE NO.: <u>07-12146</u>

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending <u>October 31, 2007</u>

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,423.73 |

RECEIPTS:
1. Receipts from operations — $ 0
2. Other Receipts — $ 0

DISBURSEMENTS:
3. Net payroll:
   a. Officers — $ 0
   b. Others — $ 0

4. Taxes
   a. Federal Income Taxes — $ 0
   b. FICA withholdings — $ 0
   c. Employee's withholdings — $ 0
   d. Employer's FICA — $ 0
   e. Federal Unemployment Taxes — $ 0
   f. State Income Tax — $ 0
   g. State Employee withholdings — $ 0
   h. All other state taxes — $ 0

5. Necessary expenses:
   a. Rent or mortgage payment(s) — $ 0
   b. Utilities — $ 0
   c. Insurance — $ 0
   d. Merchandise bought for manufacture or sale — $ 0
   e. Other necessary expenses (specify) — $ 0
   f. <u>Monthly Account Charge</u> — $ 9.60

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 9.60 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($ 9.60) |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,414.13 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,414.13 |

12/18/07 TUE 14:45 FAX 630 810 1921    PHS EXEC OFFICE                                    ☐002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SCHWENDENER CONST. CO.    CASE NO.: 07-12146

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   November 30, 2007

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,414.13 |
| RECEIPTS: | $ 0 |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | |
| DISBURSEMENTS: | |
| 3. Net payroll: | $ 0 |
|    a. Officers | $ 0 |
|    b. Others | |
| 4. Taxes | $ 0 |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | |
| 5. Necessary expenses: | $ 0 |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 0 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 9.90 |
|    f. Monthly Account Charge | |
| | $ 9.90 |
| TOTAL DISBURSEMENTS | |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($ 9.90) |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,404.23 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,404.23 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **PAUL H. SCHWENDENER, INC.**   CASE NO.: **07-12145**
(JOINTLY ADMINISTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR

SCHWENDENER CONSTRUCTION CO. - CASE NO. 07-12146

For Month Ending December 31, 2007

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,404.23 |
| **RECEIPTS:** | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| **DISBURSEMENTS:** | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 0 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|    f. <u>Monthly Account Charge</u> | $ 10.25 |
| TOTAL DISBURSEMENTS | $ 10.25 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($10.25) |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,393.98 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,393.98 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **PAUL H. SCHWENDENER, INC.**      CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR

SCHWENDENER CONSTRUCTION CO. - CASE NO. 07-12146

For Month Ending   January 31, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,393.98 |
| **RECEIPTS:** | |
| 1. Receipts from operations | $ 1,110.40 |
| 2. Other Receipts | $ 0 |
| **DISBURSEMENTS:** | |
| 3. Net payroll: | |
|   a. Officers | $ 0 |
|   b. Others | $ 0 |
| 4. Taxes | |
|   a. Federal Income Taxes | $ 0 |
|   b. FICA withholdings | $ 0 |
|   c. Employee's withholdings | $ 0 |
|   d. Employer's FICA | $ 0 |
|   e. Federal Unemployment Taxes | $ 0 |
|   f. State Income Tax | $ 0 |
|   g. State Employee withholdings | $ 0 |
|   h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|   a. Rent or mortgage payment(s) | $ 0 |
|   b. Utilities | $ 0 |
|   c. Insurance | $ 0 |
|   d. Merchandise bought for manufacture or sale | $ 0 |
|   e. Other necessary expenses (specify) | $ 0 |
|   f. Monthly Account Charge and U. S. Trust Fee | $ 835.75 |
| TOTAL DISBURSEMENTS | $ 835.75 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 274.65 |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,384.05 |
| ENDING BALANCE IN Downers Grove National Bank | $ 284.58 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,668.63 |

03/06/08 THU 13:43 FAX 630 810 1921    PHS EXEC OFFICE                                    ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINISTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR

SCHWENDENER CONSTRUCTION CO. - CASE NO. 07-12146

For Month Ending February 29, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,668.63 |

RECEIPTS:
1. Receipts from operations                                              $ 0
2. Other Receipts                                                         $ 0

DISBURSEMENTS:
3. Net payroll:
   a. Officers                                                           $ 0
   b. Others                                                             $ 0

4. Taxes
   a. Federal Income Taxes                                               $ 0
   b. FICA withholdings                                                  $ 0
   c. Employee's withholdings                                            $ 0
   d. Employer's FICA                                                    $ 0
   e. Federal Unemployment Taxes                                         $ 0
   f. State Income Tax                                                   $ 0
   g. State Employee withholdings                                        $ 0
   h. All other state taxes                                              $ 0

5. Necessary expenses:
   a. Rent or mortgage payment(s)                                        $ 0
   b. Utilities                                                          $ 0
   c. Insurance                                                          $ 0
   d. Merchandise bought for manufacture or sale                         $ 0
   e. Other necessary expenses (specify)                                 $ 0
   f. Monthly Account Charges and Annual Franchise Tax            $ 124.21

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $ 124.21 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (124.21) |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,371.84 |
| ENDING BALANCE IN Downers Grove National Bank | $ 172.58 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,544.42 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINISTERED)

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
SCHWENDENER CONSTRUCTION CO./CASE NO. 07-12146

For Month Ending March 31, 2008

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $8,544.42 |
| RECEIPTS: | |
| 1. Receipts from operations | $0.00 |
| 2. Other Receipts | $0.00 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $0.00 |
|    b. Others | $0.00 |
| 4. Taxes | |
|    a. Federal Income Taxes | $0.00 |
|    b. FICA withholdings | $0.00 |
|    c. Employee's withholdings | $0.00 |
|    d. Employer's FICA | $0.00 |
|    e. Federal Unemployment Taxes | $0.00 |
|    f. State Income Tax | $0.00 |
|    g. State Employee withholdings | $0.00 |
|    h. All other state taxes | $0.00 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $0.00 |
|    b. Utilities | $0.00 |
|    c. Insurance | $0.00 |
|    d. Merchandise bought for manufacture or sale | $0.00 |
|    e. Other necessary expenses (specify) | |
|    f. Monthly Account Charges | $25.33 |
| TOTAL DISBURSEMENTS | $25.33 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | ($25.33) |
| ENDING BALANCE IN Harris Bank N.A. | $8,358.51 |
| ENDING BALANCE IN Downers Grove National Bank | $160.58 |
| ENDING BALANCE IN ALL ACCOUNTS | $8,519.09 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR

SCHWENDENER CONSTRUCTION CO. - CASE NO. 07-12146

For Month Ending   April 30, 2008

BEGINNING BALANCE IN ALL ACCOUNTS                $ 8,519.09

RECEIPTS:
  1. Receipts from operations                    $ 0
  2. Other Receipts                              $ 0

DISBURSEMENTS:
  3. Net payroll:
     a. Officers                                 $ 0
     b. Others                                   $ 0

  4. Taxes
     a. Federal Income Taxes                     $ 0
     b. FICA withholdings                        $ 0
     c. Employee's withholdings                  $ 0
     d. Employer's FICA                          $ 0
     e. Federal Unemployment Taxes               $ 0
     f. State Income Tax                         $ 0
     g. State Employee withholdings              $ 0
     h. All other state taxes                    $ 0

  5. Necessary expenses:
     a. Rent or mortgage payment(s)              $ 0
     b. Utilities                                $ 0
     c. Insurance                                $ 0
     d. Merchandise bought for manufacture or sale  $ 0
     e. Other necessary expenses (specify)       $ 0
     f. Monthly Account Charges                  $   25.82

TOTAL DISBURSEMENTS                              $   25.82

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $  (25.82)

ENDING BALANCE IN Harris Bank N.A.               $ 8,344.69

ENDING BALANCE IN Downers Grove National Bank    $   148.50

ENDING BALANCE IN ALL ACCOUNTS                   $ 8,493.19

05/27/08  TUE 10:02  FAX 630 810 1921        PHS EXEC OFFICE                            ☒002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: PAUL H. SCHWENDENER, INC.    CASE NO.: 07-12145
(JOINTLY ADMINISTERED)
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS FOR

SCHWENDENER CONSTRUCTION CO. - CASE NO. 07-12146

For Month Ending May 14, 2008.

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 8,519.09 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 0 |
| 2. Other Receipts | $ 0 |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
|    a. Officers | $ 0 |
|    b. Others | $ 0 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0 |
|    b. FICA withholdings | $ 0 |
|    c. Employee's withholdings | $ 0 |
|    d. Employer's FICA | $ 0 |
|    e. Federal Unemployment Taxes | $ 0 |
|    f. State Income Tax | $ 0 |
|    g. State Employee withholdings | $ 0 |
|    h. All other state taxes | $ 0 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0 |
|    b. Utilities | $ 0 |
|    c. Insurance | $ 0 |
|    d. Merchandise bought for manufacture or sale | $ 0 |
|    e. Other necessary expenses (specify) | $ 0 |
|    f. Monthly Account Charges | $ 25.82 |
| TOTAL DISBURSEMENTS | $ 25.82 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (25.82) |
| ENDING BALANCE IN Harris Bank N.A. | $ 8,344.69 * |
| ENDING BALANCE IN Downers Grove National Bank | $ 148.50 * |
| ENDING BALANCE IN ALL ACCOUNTS | $ 8,493.19 |

\* Excludes month end adjustment for interest earned and monthly Account charge