# **EXHIBIT C**

December 2007 Schedules of Services Rendered and Expenses Incurred

| Matter | Amount Owing |
|---|---|
| General | $2,206.50 |
| Investigation of Operations and Assets | $1,867.00 |
| BBL Retention and Fee Applications | $1,650.50 |
| Claims Analysis and Objections | $495.00 |
| Committee Meetings and Governance | $760.00 |
| Asset Sales | $52.00 |
| Avoidance Actions | $2,375.50 |
| Plan/Disclosure Statement | $47.50 |
| Expenses | $4.60 |

    Total:    $9,458.60

**BELL, BOYD & LLOYD** LLP

FEDERAL I.D. 36-2132672
THREE FIRST NATIONAL PLAZA
70 WEST MADISON STREET, SUITE 3300
CHICAGO, ILLINOIS 60602-4207
312.372.1121 FAX 312.372.2098

1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

| | |
|---|---|
| Official Committee of Unsecured Creditors of Paul H. Schwendener, Inc., et al. Bankruptcy Court Approval Required | Invoice Number    241110<br>Invoice Date      01/30/08<br>Client Number     0119045 |

Re: (00001) **General**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/01/07 | MNM | Draft e-mail correspondence to working group concerning upcoming deadlines and analysis of assets and liabilities (0.2) | 0.20 | 52.00 |
| 12/05/07 | MNM | Review docket and recent filings (0.6); attend hearing on motion of Concrete Erectors to modify the automatic stay (0.8) | 1.40 | 364.00 |
| 12/06/07 | JDH | Strategy conference with Matt McClintock regarding open issues and maximizing recoveries (0.2); review e-mail correspondence from Hilla Jimenez regarding same (0.2); review court docket and claims register (0.8) | 1.20 | 276.00 |
| 12/06/07 | MNM | Strategy conference with Jeff Heller concerning open issues in case and maximizing creditor recoveries (0.2) | 0.20 | 52.00 |
| 12/07/07 | SQT | Review upcoming deadlines and circulate same to working group (0.2) | 0.20 | 33.00 |
| 12/07/07 | JDH | Review docket and claims register (0.2) | 0.20 | 46.00 |
| 12/10/07 | JDH | Multiple strategy conferences with Jim Morgan regarding standing in preference actions (0.4); research regarding same (2.6); review docket and claims register (0.2) | 3.20 | 736.00 |

```
                                                    Bell, Boyd & Lloyd LLP
0119045   Paul H. Schwendener, Inc. Committee       Invoice Number   241110
 00001    General                                   Page 2
01/30/08
```

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/11/07 | JDH | Review docket and claims register (0.2); multiple correspondence with Andrea Lang (counsel to Flo Tech) regarding case status (0.2) | 0.40 | 92.00 |
| 12/12/07 | JDH | Review docket and claims register (0.3) | 0.30 | 69.00 |
| 12/14/07 | JDH | Review docket and claims register (0.2) | 0.20 | 46.00 |
| 12/17/07 | JDH | Review docket and claims register (0.2) | 0.20 | 46.00 |
| 12/18/07 | JDH | Review docket and claims register (0.2) | 0.20 | 46.00 |
| 12/19/07 | JDH | Review docket and claims register (0.2) | 0.20 | 46.00 |
| 12/20/07 | JDH | Review docket and claims register (0.2); e-mail correspondence to Jim Morgan and Matt McClintock regarding same (0.1) | 0.30 | 69.00 |
| 12/21/07 | JDH | Review docket and claims register (0.1) | 0.10 | 23.00 |
| 12/23/07 | SQT | Update internal calendar with hearing information (0.1) | 0.10 | 16.50 |
| 12/27/07 | JDH | Review docket and claims register (0.1) | 0.10 | 23.00 |
| 12/28/07 | JDH | Review docket and claims register (0.2) | 0.20 | 46.00 |
| 12/30/07 | SQT | Review internal calendar and circulate schedule of events to working group (0.2) | 0.20 | 33.00 |
| 12/31/07 | JDH | Review relevant case filings on the court docket (0.3); e-mail correspondence to Jim Morgan and Matt McClintock regarding same (0.1) | 0.40 | 92.00 |
| | | TOTAL HOURS | 9.50 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JDH | Jeff Heller | 7.20 | at | $230 | = | $1,656.00 |
| MNM | Matthew E. McClintock | 1.80 | at | $260 | = | $468.00 |
| SQT | Susan Thoma | 0.50 | at | $165 | = | $82.50 |

| | | |
|---|---|---|
| | CURRENT FEES | $2,206.50 |

```
                                              Bell, Boyd & Lloyd LLP
0119045   Paul H. Schwendener, Inc. Committee         Invoice Number   241110
 00001    General                                     Page 3
01/30/08
```

                TOTAL THIS MATTER                                     $2,206.50

Bell, Boyd & Lloyd LLP

Invoice Number 241110
Invoice Date 01/30/08
Client Number 0119045
Page Number 4

Re: (00002) **Expenses**

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 12/05/07 | Duplicating (In-house) 18 Pages @ 0.10 per page | $1.80 | |
| | Total Duplicating (In-house) | | $1.80 |
| 12/12/07 | Telephone (Long Distance) 404-427-7728 | $1.05 | |
| 12/12/07 | Telephone (Long Distance) 404-427-7728 | $1.40 | |
| 12/20/07 | Telephone (Long Distance) 404-427-7728 | $0.35 | |
| | Total Telephone (Long Distance) | | $2.80 |
| | CURRENT EXPENSES | | $4.60 |
| | TOTAL THIS MATTER | | $4.60 |

Bell Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 241110 |
| Invoice Date | 01/30/08 |
| Client Number | 0119045 |
| Page Number | 5 |

Re: (00004) **Investigation of Operations and Assets**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | HXJ | E-mail correspondence with Jim Morgan and Matt McClintock regarding investigation of Debtor's assets (0.5) | 0.50 | 115.00 |
| 12/03/07 | JM2 | Investigation and analysis of possible causes of action (0.6); review next steps (0.7); revise document requests (0.5) | 1.80 | 855.00 |
| 12/05/07 | HXJ | Conference with Jeff Heller regarding status of case and investigation of assets of the company (0.2) | 0.20 | 46.00 |
| 12/05/07 | JDH | Strategy conference with Hilla Jimenez regarding status and background of case (0.2); review pleadings and issues in connection with developing strategy for maximizing creditor recoveries (0.9) | 1.10 | 253.00 |
| 12/12/07 | JDH | Strategy conference with Jim Morgan regarding monthly operating reports (0.1); review same (0.7) | 0.80 | 184.00 |
| 12/13/07 | JDH | Draft letter to Allen Guon regarding request for documents (1.0) | 1.00 | 230.00 |
| 12/14/07 | JDH | Revise letter to Allen Guon regarding requests for documents (0.8) | 0.80 | 184.00 |

| | | TOTAL HOURS | 6.20 |
|---|---|---|---|

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JDH | Jeff Heller | 3.70 | at | $230 | = | $851.00 |
| HXJ | Hilla U. Jimenez | 0.70 | at | $230 | = | $161.00 |
| JM2 | James E. Morgan | 1.80 | at | $475 | = | $855.00 |

| | |
|---|---|
| CURRENT FEES | $1,867.00 |
| TOTAL THIS MATTER | $1,867.00 |

Bell Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 241110 |
| Invoice Date | 01/30/08 |
| Client Number | 0119045 |
| Page Number | 6 |

Re: (00005) **BBL Retention and Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (0.9) | 0.90 | 148.50 |
| 12/03/07 | STN | Review exhibits to fee applications to ensure compliance with detail requirements (0.1) | 0.10 | 27.50 |
| 12/04/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (0.4) | 0.40 | 66.00 |
| 12/05/07 | SQT | Obtain documents for Sven Nylen in connection with preparation of fee applications (0.4) | 0.40 | 66.00 |
| 12/11/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (0.2) | 0.20 | 33.00 |
| 12/14/07 | STN | Review exhibits to fee applications to ensure compliance with detail requirements (0.5) | 0.50 | 137.50 |
| 12/21/07 | JBD | Review exhibits to fee applications to ensure compliance with detail requirements (2.4) | 2.40 | 600.00 |
| 12/21/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (0.2) | 0.20 | 33.00 |
| 12/21/07 | STN | Review exhibits to fee applications to ensure compliance with detail requirements (0.4) | 0.40 | 110.00 |
| 12/23/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (1.5) | 1.50 | 247.50 |
| 12/31/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (1.1) | 1.10 | 181.50 |

TOTAL HOURS  8.10

```
                                                          Bell, Boyd & Lloyd LLP
0119045  Paul H. Schwendener, Inc. Committee        Invoice Number   241110
  00005    BBL Retention and Fee Applications           Page 7
01/30/08
```

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JBD | Joseph B. DiRago | 2.40 | at | $250 | = | $600.00 |
| STN | Sven T. Nylen | 1.00 | at | $275 | = | $275.00 |
| SQT | Susan Thoma | 4.70 | at | $165 | = | $775.50 |

```
            CURRENT FEES                                   $1,650.50


            TOTAL THIS MATTER                              $1,650.50
```

```
                                              Bell, Boyd & Lloyd LLP
                                         Invoice Number      241110
                                         Invoice Date      01/30/08
                                         Client Number      0119045
                                         Page Number              8
```

Re: (00008) **Claims Analysis and Objections**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | MNM | E-mail correspondence with Hilla Jimenez concerning claim and potential distribution issues (0.2); brief telephone strategy conference Hilla Jimenez concerning same (0.1) | 0.30 | 78.00 |
| 12/03/07 | HXJ | Review claims register (1.0) | 1.00 | 230.00 |
| 12/04/07 | HXJ | E-mail correspondence with Andrea Lang (counsel to Flo Tech) regarding claims distribution issues (0.2) | 0.20 | 46.00 |
| 12/06/07 | HXJ | E-mail correspondence with Jeff Heller regarding claims bar date (0.2) | 0.20 | 46.00 |
| 12/12/07 | HJG | E-mail correspondence to Jim Morgan regarding claims bar date (0.1) | 0.10 | 47.50 |
| 12/17/07 | HJG | Multiple e-mail correspondence with committee chair regarding insider claims (0.1) | 0.10 | 47.50 |

```
                                    TOTAL HOURS       1.90
```

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| HJG | Harley J. Goldstein | 0.20 | at | $475 | = | $95.00 |
| HXJ | Hilla U. Jimenez | 1.40 | at | $230 | = | $322.00 |
| MNM | Matthew E. McClintock | 0.30 | at | $260 | = | $78.00 |

```
            CURRENT FEES                                   $495.00

            TOTAL THIS MATTER                              $495.00
```

Bell, Boyd & Lloyd LLP

```
Invoice Number        241110
Invoice Date       01/30/08
Client Number       0119045
Page Number               9
```

Re: (00010) **Committee Meetings and Governance**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/07/07 | HJG | Return telephone call to committee chair regarding progress of various matters and going forward action (0.1); strategy conference with Jim Morgan regarding same (0.1); multiple e-mail correspondence with committee chair regarding same (0.1) | 0.30 | 142.50 |
| 12/11/07 | HJG | Telephone conversation with committee chair regarding negotiations with Debtor (0.1); contemplate case strategy (0.3); apprise Jim Morgan of issues and strategy concerning same (0.1) | 0.50 | 237.50 |
| 12/12/07 | HJG | Follow-up on various issues in response to inquiry of committee chair (0.3); multiple e-mail correspondence with committee chair and its counsel regarding case issues (0.2) | 0.50 | 237.50 |
| 12/20/07 | HJG | Review e-mail correspondence from counsel to committee chair regarding potential conversion (0.1); return telephone call to committee chair regarding same (0.1); telephone conversation with counsel to committee chair regarding same (0.1) | 0.30 | 142.50 |

```
                                  TOTAL HOURS         1.60
ATTORNEY SUMMARY:
Init Attorney                   Hours          Rate        Value

HJG  Harley J. Goldstein         1.60    at    $475  =   $760.00

         CURRENT FEES                                    $760.00


         TOTAL THIS MATTER                               $760.00
```

Bell, Boyd & Lloyd LLP

```
Invoice Number        241110
Invoice Date        01/30/08
Client Number        0119045
Page Number              10
```

Re: (00012) **Asset Sales**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/28/07 | MNM | Review e-mail correspondence from agent for Melrose Park property concerning sale progress (0.2) | 0.20 | 52.00 |
| | | TOTAL HOURS | 0.20 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| MNM | Matthew E. McClintock | 0.20 | at | $260 | = | $52.00 |

CURRENT FEES                                       $52.00

TOTAL THIS MATTER                                  $52.00

Bell, Boyd & Lloyd LLP

```
Invoice Number        241110
Invoice Date        01/30/08
Client Number        0119045
Page Number              11
```

Re: (00013) **Avoidance Actions**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/07/07 | JM2 | Follow up correspondence with Committee representative regarding potential avoidance action (0.4); analyze standing and related issues with respect to same (1.7) | 2.10 | 997.50 |
| 12/12/07 | JM2 | Continued analysis of standing and strategy issues concerning potential avoidance actions (0.5); telephone conference with committee chair regarding same (0.4) | 0.90 | 427.50 |
| 12/12/07 | HJG | Strategy conferences with Jim Morgan regarding prosecution of avoidance actions (0.3); two telephone conferences with committee chair and Jim Morgan regarding same (0.2) | 0.50 | 237.50 |
| 12/13/07 | JDH | Research regarding requirements for pursuing avoidance actions (2.9); multiple strategy conferences with Jim Morgan regarding the same (0.2) | 3.10 | 713.00 |

```
                              TOTAL HOURS        6.60
ATTORNEY SUMMARY:
Init Attorney                 Hours      Rate       Value

HJG  Harley J. Goldstein      0.50  at  $475  =   $237.50
JDH  Jeff Heller              3.10  at  $230  =   $713.00
JM2  James E. Morgan          3.00  at  $475  =   $1,425.00

         CURRENT FEES                             $2,375.50


         TOTAL THIS MATTER                        $2,375.50
```

Bell, Boyd & Lloyd LLP

```
Invoice Number      241110
Invoice Date        01/30/08
Client Number       0119045
Page Number              12
```

Re: (00014) **Plan/Disclosure Statement**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| 12/20/07 | HJG | Strategy conference with Jim Morgan regarding case exit (0.1) | 0.10 | 47.50 |
| | | TOTAL HOURS | 0.10 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|------|----------|-------|---|------|---|-------|
| HJG | Harley J. Goldstein | 0.10 | at | $475 | = | $47.50 |

```
            CURRENT FEES                                $47.50


            TOTAL THIS MATTER                           $47.50


            TOTAL AMOUNT OF THIS INVOICE           $9,458.60
```

# Bell, Boyd & Lloyd LLP

Tax Id Number 36-2132672

---

# C L I E N T   S U M M A R Y

January 30, 2008

Official Committee of Unsecured Creditors

|  |  | Invoice Number | 241110 |
|  |  | Client Number | 0119045 |

| Matter | Matter Name | Fees | Expenses | Total |
|---|---|---|---|---|
| 00001 | General | 2,206.50 | 0.00 | 2,206.50 |
| 00002 | Expenses | 0.00 | 4.60 | 4.60 |
| 00004 | Investigation of Operations a | 1,867.00 | 0.00 | 1,867.00 |
| 00005 | BBL Retention and Fee Applica | 1,650.50 | 0.00 | 1,650.50 |
| 00008 | Claims Analysis and Objection | 495.00 | 0.00 | 495.00 |
| 00010 | Committee Meetings and Govern | 760.00 | 0.00 | 760.00 |
| 00012 | Asset Sales | 52.00 | 0.00 | 52.00 |
| 00013 | Avoidance Actions | 2,375.50 | 0.00 | 2,375.50 |
| 00014 | Plan/Disclosure Statement | 47.50 | 0.00 | 47.50 |
| Client Total | | $9,454.00 | $4.60 | $9,458.60 |

**Total Amount Due:**     $9,458.60

# Bell, Boyd & Lloyd LLP

Attention: Accounts Receivable
Three First National Plaza, Suite 3300
70 West Madison Street
Chicago, IL 60602


Tax ID Number 36-2132672

---

# R E M I T T A N C E   P A G E

Please return this page with your payment
in the envelope provided.

Terms: Payment within 30 days of billing.

Paul H. Schwendener, Inc. Committee
Client Number: 0119045
Invoice Number: 241110
Invoice Date: 01-30-08
Amount of this Invoice: **$9,458.60**


### WIRE TRANSFER INSTRUCTIONS

We are including wire transfer instructions on all our invoices for the convenience of those clients who would prefer to remit by wire. No advance notice or special arrangements are required if you choose to pay by wire.

To ensure prompt identification and proper credit on wire transfers, please ask your bank to include the invoice number and your client number in the wire remittance information. Following is the routing information needed to initiate wire transfers into our account.

```
            Receiving Bank:  LaSalle National Bank
   ABA# (Transit Routing #): 071000505
                  Account#:  5590018775
              Account Name:  Bell, Boyd & Lloyd LLP Operating Account
    Additional Information:  (client 0119045)(invoice 241110)
```

# Bell, Boyd & Lloyd LLP

Tax Id Number 36-2132672

## Accounts Receivable Summary

Client Number:      0119045
Client Name:        Paul H. Schwendener, Inc. Committee
Invoice Date:       January 30, 2008
Invoice Number:     241110

### Prior Billed and Unpaid

| Date | Invoice | Matter | Fees | Expenses | Balance |
|------|---------|--------|------|----------|---------|
| 11/30/07 | 237295 | 00001 | 5,663.00 | 0.00 | 5,663.00 |
| 11/30/07 | 237295 | 00002 | 0.00 | 5.00 | 5.00 |
| 11/30/07 | 237295 | 00005 | 21,691.00 | 0.00 | 21,691.00 |
| 11/30/07 | 237295 | 00008 | 69.00 | 0.00 | 69.00 |
| 11/30/07 | 237295 | 00010 | 1,023.00 | 0.00 | 1,023.00 |
| 11/30/07 | 237295 | 00013 | 47.50 | 0.00 | 47.50 |
| 12/28/07 | 238998 | 00001 | 1,376.50 | 0.00 | 1,376.50 |
| 12/28/07 | 238998 | 00002 | 0.00 | 349.20 | 349.20 |
| 12/28/07 | 238998 | 00004 | 690.00 | 0.00 | 690.00 |
| 12/28/07 | 238998 | 00005 | 557.50 | 0.00 | 557.50 |
| 12/28/07 | 238998 | 00010 | 1,187.50 | 0.00 | 1,187.50 |
| 12/28/07 | 238998 | 00012 | 2,118.50 | 0.00 | 2,118.50 |
| 12/28/07 | 238998 | 00013 | 588.50 | 0.00 | 588.50 |
| 12/28/07 | 238998 | 00014 | 1,883.00 | 0.00 | 1,883.00 |

**Prior Billed and Unpaid Sub-Total:**   $37,249.20

Note:  This summary excludes outstanding balances on matters not billed on this invoice

**Current Invoice Total:**   $9,458.60

**Total Amount Due:**   $46,707.80