# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PAUL H. SCHWENDENER, INC. *et al.* | ) | |
| | ) | Case No. 07-12145 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC,
AS COUNSEL TO HARSTON/SCHWENDENER, A JOINT VENTURE FOR THE
ALLOWANCE AND PAYMENT OF CHAPTER 11 COMPENSATION,
<u>REIMBURSEMENT OF EXPENSES AND RELATED RELIEF</u>**

Upon consideration of the first and final application (the "Application"),[1] filed by Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007, and Local Bankruptcy Rule 5082-1 for: (i) the allowance of $59,841.00 in compensation for 149.70 hours of professional services rendered as counsel to Harston/Schwendener, a Joint Venture (the "Debtor"), for the period beginning July 8, 2007 through and including May 14, 2008 (the "Application Period"); (ii) plus an amount not to exceed $1750.00, for an estimate of 5.0 hours of professional services to be rendered in connection with the preparation of this fee application; and (iii) the reimbursement of $1,129.00 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is therefore **ORDERED** that:

(a)    The Application is allowed.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

{6532 ORD A0209803.DOC}

     (b)    Notice of the Application as provided for therein is sufficient and further notice is waived for cause shown.

     (c)    Shaw Gussis is allowed $59,841.00 in final chapter 11 compensation for hourly services rendered during Application Period, plus an amount not to exceed $1,750.00 for services rendered in connection with the preparation and presentation of this fee Application.

     (d)    Shaw Gussis is allowed $1,129.00 in final chapter 11 expense reimbursement for the Application Period.

     (e)    Shaw Gussis is authorized to apply the Retainer to the final chapter 11 fees and expenses allowed hereunder. The remaining Retainer shall be held by Shaw Gussis for application to fees and expenses incurred in representing the debtors after conversion of the cases to chapter 7.

**ENTER:**

Dated: July ___, 2008

**Bankruptcy Judge**

Prepared by:

Allen J. Guon (#6244526)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile

*Attorneys for Harston/Schwendener a Joint Venture*

{6532 ORD A0209803.DOC}    2