IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **PAUL H. SCHWENDENER, INC.,** | ) | No. 07 B 12145 |
| | ) | |
| Debtor(s). | ) | |

## N O T I C E

TO:  Office of U.S. Trustee, Via CM/ECF System
Allen J. Guon, Shaw Gussis, Via CM/ECF System
James E. Morgan, Bell, Boyd & Lloyd, Via CM/ECF System

Attached Service List, Via CM/ECF System

PLEASE TAKE NOTICE that on the 3rd day of November, 2009, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF**, Bankruptcy Judge, at the United States District Courthouse, 219 South Dearborn Street, Courtroom No. 744, Chicago, Illinois or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

/s/ GINA B. KROL
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto via electronic system or U.S. Mail, directed to the persons shown above and on the attached list, this 9th day of October, 2009.

/s/ GINA B. KROL

| | | |
|---|---|---|
| Patrick T. Wallace<br>Office of Fund Counsel<br>53 W. Jackson Blvd.<br>Suite 550<br>Chicago, IL 60604<br>312 692-1540<br>312 692-1489 (fax)<br>wallace.patrick@gmail.com<br>*Attorney for Laborers' Pension Fund and Laborers' Welfare Fund* | Paula Maguire<br>Friedman & Holtz, P.C.<br>208 S. LaSalle Street<br>Suite 760<br>Chicago, IL 60604<br>312 857-4000<br>312 857-1880 (fax)<br>pmaguire@friedmanholtz.com<br>*Attorney for Friedman & Holtz, P.C.* | Christopher Parker*<br>Michael Best & Friedrich LLP<br>180 N Stetson Ave Suite 2000<br>Chicago, IL 60601<br>312 222-0800<br>crparker@michaelbest.com<br>*Attorney for The Kroger Co.* |
| Thomas S Kirinkos.<br>Mayer, Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>312 701-8310<br>312 701-7711 (fax)<br>tkiriakos@mayerbrown.com<br>*Attorney for Northern Trust Company and Mayer Brown LLP* | James R. Mata,<br>Michael T. Nigro<br>Nigro & Westfall, P.C.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139<br>630 682-9872<br>firm@nigrowestfall.com<br>mike@nigrowestfall.com<br>*Attorney for Precast Company, Inc.* | August A Pilati<br>Gesas, Pilati, Gesas & Golin LTD<br>53 W Jackson Blvd<br>Suite 528<br>Chicago, IL 60604<br>312 726-3100 Ext. 226<br>312 939-1742 (fax)<br>apilati@gpgglaw.com<br>*Attorney for Midwest Bank and Trust* |
| William J Serritella, Jr<br>Aronberg Goldgehn Davis & Garmisa<br>One IBM Plaza Suite 3000<br>Chicago, IL 60611<br>(312) 828-9600<br>*Attorney for Midwest Bank and Trust Company* | Elizabeth Z Mathieson,<br>Tressler, Soderstrom, Maloney & Priess<br>233 S. Wacker Drive 22nd Floor<br>Chicago, IL 60606<br>312 627-4048<br>312 627-1717 (fax)<br>emathieson@tsmp.com<br>*Attorney for Tressler, Soderstrom, Maloney & Priess* | William S. Piper*<br>Riordan, Donnelly, Lipinski & McKee Ltd<br>10 N. Dearborn St.<br>Suite 400<br>Chicago, IL 60602<br>312-663-9400<br>312-663-1028 (fax)<br>wpiper@rdlmlaw.com<br>*Attorney for Hartford Fire Insurance Company* |
| Marc D Sherman<br>Marc D Sherman & Associates<br>3700 W Devon Ave Ste B<br>Lincolnwood, IL 60712<br>(847) - 6748756 Ext. 200<br>(847) - 9829386 (fax)<br>marc@mshermanlawoffice.com<br>*Attorney for Global Precast* | Patrick J. Mazza<br>Patrick Mazza & Associates<br>290 South Main Place<br>Carol Stream, IL 60188<br>630 933-9200<br>630 933-9412 (fax)<br>pmazza810@aol.com<br>*Attorney for Huen Electric* | John M. Riccione.<br>Aronberg, Goldgehn, Davis & Garmisa<br>One IBM Plaza Suite 3000<br>Chicago, IL 60611<br>312 828-9600 Ext. 188<br>312 828-9635 (fax)<br>jriccione@agdglaw.com<br>*Attorney for Midwest Bank and Trust* |
| Sean M. Sullivan<br>Daley & Mohan, P.C.<br>150 N. Wacker Drive<br>Suite 1550<br>Chicago, IL 60606<br>312 422-0315<br>312 201-9368 (fax)<br>ssullivan@daleymohan.com<br>*Attorney for Thomas P. Adamson, Jr. & Associates, Inc.* | John F. Torres<br>Law Offices of John F. Torres<br>4336 Saratoga Ave<br>Suite 201<br>Downers Grove, IL 60515<br>630 963-3133<br>630 963-5594 (fax)<br>jfilaw@earthlink.net<br>*Attorney for Nissan Motor Acceptance Corporation* | John E. Sebastian<br>Hinshaw & Culbertson, LLP<br>222 N. LaSalle<br>Chicago, IL 60601<br>312 704-3894<br>312 704-3001 (fax)<br>jsebastian@hinshawlaw.com<br>*Attorney for Western Surety Company* |

\* Via U.S. Mail or Fax

| | | |
|---|---|---|
| Benjamin B Belcher<br>Cassiday Schade, LLP<br>20 North Wacker Dr., Ste. 1040<br>Chicago, IL 60606<br>bbb@cassiday.com<br>*Attorney for St. Paul Fire and Marine Insurance Company* | William J Connelly<br>John E. Sebastian, Esq.<br>Hinshaw & Culbertson LLP<br>222 N Lasalle St<br>Suite 300<br>Chicago, IL 60601<br>312 704-3054<br>312 704-3002 (fax)<br>wconnelly@hinshawlaw.com<br>jsebastian@hinshawlaw.com<br>*Attorney for Crum & Forster and Western Surety Company* | Scott B Greene<br>131 S Dearborn St., Ste 1700<br>Chicago, IL 60603-5559<br>*Attorney for Perkins Coie LLP* |
| W. Kent Carter<br>Clark Hill PLC<br>150 North Michigan Avenue<br>Suite 2400<br>Chicago, IL 60601<br>312 985-5900<br>312-985-5999 (fax)<br>wcarter@clarkhill.com<br>*Attorney for NuLine Technologies and Goodrich Quality Theaters, Inc.* | Patrick K Dahl<br>Dahl & Bonadies<br>225 W Washington St Ste 1640<br>Chicago, IL 60606<br>312 641-3245<br>312 641-1662 (fax)<br>pdahl@dahlfirm.com<br>*Attorney for Sarowatz Construction, Inc.* | Daniel J. McGuire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312 558-6154<br>dmcguire@winston.com<br>*Attorney for City of Chicago* |
| Tom Forgue<br>City of Chicago Department of Law<br>30 North LaSalle Street Room 1230<br>Chicago, IL 60602<br>312 742-0307<br>312 742-6245 (fax)<br>tforgue@cityofchicago.org<br>*Attorney for City of Chicago* | Daniel A Edelstein<br>Chitkowski Law Offices<br>801 Warrenville Road<br>#620<br>Lisle, IL 60532<br>630 824-4808<br>dae@chitkowskilaw.com<br>*Attorney for Evergreen Supply Company* | Ann Edmonds<br>The Law Office of Ann Edmonds<br>608 S Washington Suite 207<br>Naperville, IL 60540<br>630 442-9290<br>630 357-2642 (fax)<br>ann@annedmonds.com<br>*Attorney for Gate Precast Erection Company & Bluegrass Precast, Inc* |
| Christopher P Hughes<br>Goldberg, Weisman & Cairo<br>1 E Wacker Drive<br>#3400<br>Chicago, IL 60601<br>(312) 464-1200<br>(312) 464-1212 (fax)<br>chughes@gwclaw.com<br>*Attorney for Michael A.F. Smith and John Wilkerson* | Ralph J Kooy<br>Tressler, Soderstrom, Maloney & Priess<br>Sears Tower 22nd Floor<br>233 South Wacker Drive<br>Chicago, IL 60606-6308<br>312-627-4000<br>312-627-1717 (fax)<br>rkooy@tsmp.com<br>*Attorney for Tressler Soderstrom* | John S Mrowiec<br>Conway & Mrowiec<br>20 South Clark Street #1000<br>Chicago, IL 60603<br>312 658-1100 Ext 14<br>312 658-1201 (fax)<br>jsm@cmcontractors.com<br>*Attorney for Lehman Brothers Holdings, Inc.* |
| Charles Ingrassia<br>Laborers' Pension and Welfare Funds<br>53 W Jackson Suite 550<br>Chicago, IL 60604<br>312 692-1540<br>charlesi@chlpwf.com<br>*Attorney for Laborer's Pension Fund and Laborers' Welfare Fund of the Health & Welfare Department* | David J Letvin<br>Letvin & Stein<br>541 N Fairbanks Suite 2121<br>Chicago, IL 60611<br>312 527-2841<br>312 527-2818 (fax)<br>davidletvin@aol.com<br>*Attorney for Carpets by Kornick, Ltd.* | Kevin Murnighan<br>Carey, Filter, White & Boland<br>33 W Jackson<br>5th Floor<br>Chicago, IL 60604<br>312 939-4300<br>kevin@careyfilter.com<br>*Attorney for Concrete Erectors, Ltd.* |

| Daniel A Zazove<br>Perkins Coie LLP<br>131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603-5559<br>312-324-8605<br>312-324-9400 (fax)<br>dzazove@perkinscoie.com<br>*Attorney for Perkins Coie LLP* | James P Wognum<br>Law Office of James P. Wognum<br>122 S Michigan Ave.<br>Suite 1290<br>Chicago, IL 60603<br>312 427-5427<br>312 427-5425 (fax)<br>jpwognum@ameritech.net<br>*Attorney for Bethany Methodist Corporation* | James P. Ziegler<br>Stone, Pogrund & Korey<br>221 N. LaSalle Street<br>Suite 3200<br>Chicago, IL 60601<br>312 782-3636<br>312 782-1482 (fax)<br>jziegler@spklaw.com<br>*Attorney for Automatic Building Controls Inc.* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) IN CHAPTER 7 |
| **PAUL H. SCHWENDENER, INC.** | ) No. 07 B 12145 |
| Debtor(s). | ) |

**APPLICATION FOR AUTHORITY TO TENDER THIRD AND FINAL PAYMENT
TO LAICON, INC., ENVIRONMENTAL SPECIALISTS**

TO THE HONORABLE **EUGENE R. WEDOFF,**
  BANKRUPTCY JUDGE

Now comes GINA B. KROL, Trustee herein, by and through her Attorneys, COHEN & KROL, and respectfully represents unto this Honorable Court as follows:

1. That GINA B. KROL is the duly appointed, qualified and acting Trustee in Bankruptcy herein.

2. That the Debtor filed its voluntary Chapter 11 bankruptcy petition on July 8, 2007, which was converted to a Chapter 7 proceeding on May 14, 2008.

3. That Laicon, Inc. was employed by the Trustee to provide services in the nature of soil sampling and testing, preparing the required reports to the Office of the State Fire Marshall as well as to the Illinois Environmental Protection Agency at the property located at 1000 Vandustrial Drive, Westmont, Illinois.

4. That Laicon, Inc. was previously paid for the initial soil sampling and testing in the amount of $6,998.11 and $17,112.86 for the first round of soil borings, soil sampling and testing.

5. That Laicon, Inc. has provided a second round of soil borings, soil sampling and testing in the amount of $6,121.87. A copy of invoice for this amount is attached.

6. That the Trustee requests that notice to creditors be limited to those parties shown on the attached Service List.

WHEREFORE, GINA B. KROL, Trustee herein, prays that said Trustee be authorized, empowered and directed to pay Laicon, Inc. the amount of $6,121.87, as third and final payment, to cover the cost of the second round of soil borings, soil sampling and testing at the property located at 1000 Vandustrial Drive, Westmont, Illinois, and for such other and further relief as this Court shall deem proper.

                                                  GINA B. KROL, Trustee

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
105 W. Madison St., Ste 1100
Chicago, IL 60602                BY: /s/   GINA B. KROL
(312) 368-0300                                  One of Attorneys for Trustee