IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:       )     IN CHAPTER 7

   **PAUL H. SCHWENDENER, INC.,**   )     No. 07 B 12145

      Debtor(s).       )

## N O T I C E

TO:     Office of U.S. Trustee, Via CM/ECF System
        Allen J. Guon, Shaw Gussis, et al., Via CM/ECF System
        James E. Morgan, Bell, Boyd & Lloyd, Via CM/ECF System
        August A. Pilati, Via CM/ECF System
        Matthew V. Wargin, Mayer Brown LLP, 71 S. Wacker Dr., Chicago, IL 60606-4637,Via U.S. Mail
        Diane M. Baron, Via CM/ECF System
        William D. Serritella, Via CM/ECF System
        Attached Service List, Via CM/ECF System, U.S. Mail or Fax

     PLEASE TAKE NOTICE that on the 14th day of April, 2010, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF**, Bankruptcy Judge, at the United States District Courthouse, 219 South Dearborn Street, Courtroom No. 744, Chicago, Illinois or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

               /s/  GINA B. KROL
               GINA B. KROL
               105 W. Madison St., Ste 1100
               Chicago, IL 60602
               312/368-0300

STATE OF ILLINOIS   )
               ) SS
COUNTY OF C O O K   )

     GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto via electronic system, U.S. Mail or fax, directed to the persons shown above and on the attached list, this 17th day of March, 2010.

               /s/ GINA B. KROL

| | | |
|---|---|---|
| Patrick T. Wallace<br>Office of Fund Counsel<br>53 W. Jackson Blvd.<br>Suite 550<br>Chicago, IL 60604<br>312 692-1540<br>312 692-1489 (fax)<br>wallace.patrick@gmail.com<br>*Attorney for Laborers' Pension Fund and Laborers' Welfare Fund* | Paula Maguire<br>Friedman & Holtz, P.C.<br>208 S. LaSalle Street<br>Suite 760<br>Chicago, IL 60604<br>312 857-4000<br>312 857-1880 (fax)<br>pmaguire@friedmanholtz.com<br>*Attorney for Friedman & Holtz, P.C.* | Christopher Parker<br>Michael Best & Friedrich LLP<br>180 N Stetson Ave Suite 2000<br>Chicago, IL 60601<br>312 222-0800<br>crparker@michaelbest.com<br>*Attorney for The Kroger Co.* |
| Thomas S Kirinkos.<br>Mayer, Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>312 701-8310<br>312 701-7711 (fax)<br>tkiriakos@mayerbrown.com<br>*Attorney for Northern Trust Company and Mayer Brown LLP* | James R. Mata.<br>Michael T. Nigro<br>Nigro & Westfall, P.C.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139<br>630 682-9872<br>firm@nigrowestfall.com<br>mike@nigrowestfall.com<br>*Attorney for Precast Company, Inc.* | August A Pilati<br>Gesas, Pilati, Gesas & Golin LTD<br>53 W Jackson Blvd<br>Suite 528<br>Chicago, IL 60604<br>312 726-3100 Ext. 126<br>312 939-1742 (fax)<br>apilati@gpgglaw.com<br>*Attorney for Midwest Bank and Trust* |
| William J Serritella, Jr<br>Aronberg Goldgehn Davis & Garmisa<br>One IBM Plaza Suite 3000<br>Chicago, IL 60611<br>(312) 828-9600<br>*Attorney for Midwest Bank and Trust Company* | Elizabeth Z Mathieson.<br>Tressler, Soderstrom, Maloney & Priess<br>233 S. Wacker Drive 22nd Floor<br>Chicago, IL 60606<br>312 627-4048<br>312 627-1717 (fax)<br>emathieson@tsmp.com<br>*Attorney for Tressler, Soderstrom, Maloney & Priess* | William S. Piper.<br>Riordan, Donnelly, Lipinski & McKee Ltd<br>10 N. Dearborn St.<br>Suite 400<br>Chicago, IL 60602<br>312-663-9400<br>312-663-1028 (fax)<br>wpiper@rdlmlaw.com<br>*Attorney for Hanford Fire Insurance Company* |
| Marc D Sherman<br>Marc D Sherman & Associates<br>3700 W Devon Ave Ste B<br>Lincolnwood, IL 60712<br>(847) - 6748756 Ext. 200<br>(847) - 9829386 (fax)<br>marc@mshermanlawoffice.com<br>*Attorney for Global Precast* | Patrick J. Mazza<br>Patrick Mazza & Associates<br>290 South Main Place<br>Carol Stream, IL 60188<br>630 933-9200<br>630 933-9412 (fax)<br>pmazza810@aol.com<br>*Attorney for Huen Electric* | John M. Riccione.<br>Aronberg, Goldgehn, Davis & Garmisa<br>One IBM Plaza Suite 3000<br>Chicago, IL 60611<br>312 828-9600 Ext. 188<br>312 828-9635 (fax)<br>jriccione@agdglaw.com<br>*Attorney for Midwest Bank and Trust* |
| Sean M. Sullivan<br>Daley & Mohan, P.C.<br>150 N. Wacker Drive<br>Suite 1550<br>Chicago, IL 60606<br>312 422-0315<br>312 2501-9368 (fax)<br>ssullivan@daleymohan.com<br>*Attorney for Thomas P. Adamson, Jr. & Associates, Inc.* | John F. Torres<br>Law Offices of John F. Torres<br>4336 Saratoga Ave<br>Suite 201<br>Downers Grove, IL 60515<br>630 963-3133<br>630 963-5594 (fax)<br>jftlaw@earthlink.net<br>*Attorney for Nissan Motor Acceptance Corporation* | John E. Sebastian<br>Hinshaw & Culbertson, LLP<br>222 N. LaSalle<br>Chicago, IL 60601<br>312 704-3894<br>312 704-3001 (fax)<br>jsebastian@hinshawlaw.com<br>*Attorney for Western Surety Company* |

**\* Via U.S. Mail or Fax**

| | | |
|---|---|---|
| Benjamin B Belcher<br>Cassiday Schade, LLP<br>20 North Wacker Dr., Ste. 1040<br>Chicago, IL 60506<br>bbb@cassiday.com<br>*Attorney for St. Paul Fire and Marine Insurance Company* | William J Connelly<br>John E. Sebastian, Esq.<br>Hinshaw & Culbertson LLP<br>222 N Lasalle St<br>Suite 300<br>Chicago, IL 60601<br>312 704-3054<br>312 704-3002 (fax)<br>wconnelly@hinshawlaw.com<br>jsebastian@hinshawlaw.com<br>*Attorney for Crum & Forster and Western Surety Company* | Scott B Greene<br>131 S Dearborn St., Ste 1700<br>Chicago, IL 60603-5559<br>*Attorney for Perkins Cole LLP* |
| W. Kent Carter<br>Clark Hill PLC<br>150 North Michigan Avenue<br>Suite 2400<br>Chicago, IL 60601<br>312 985-5900<br>312- 985-5999 (fax)<br>wcarter@clarkhill.com<br>*Attorney for NuLine Technologies and Goodrich Quality Theaters, Inc.* | Patrick K Dahl<br>Dahl & Bonadies<br>225 W Washington St Ste 1640<br>Chicago, IL 60606<br>312 641-3245<br>312 641-1662 (fax)<br>pdahl@dahlfirm.com<br>*Attorney for Sarowatz Construction, Inc.* | Daniel J. McGuire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312 558-5154<br>dmcguire@winston.com<br>*Attorney for City of Chicago* |
| Tom Forgue<br>City of Chicago Department of Law<br>30 North LaSalle Street Room 1230<br>Chicago, IL 60602<br>312 742-0307<br>312 742-6245 (fax)<br>tforgue@cityofchicago.org<br>*Attorney for City of Chicago* | Daniel A Edelstein<br>Chilkowski Law Offices<br>801 Warronville Road<br>#620<br>Lisle, IL 60532<br>630 824-4808<br>dae@chilkowskilaw.com<br>*Attorney for Evergreen Supply Company* | Ann Edmonds<br>The Law Office of Ann Edmonds<br>608 S Washington Suite 207<br>Naperville, IL 60540<br>630 442-9290<br>630 357-2642 (fax)<br>ann@annedmonds.com<br>*Attorney for Gate Precast Erection Company & Bluegrass Precast, Inc* |
| Christopher P Hughes<br>Goldberg, Weisman & Cairo<br>1 E Wacker Drive<br>#3400<br>Chicago, IL 60601<br>(312) 464-1200<br>(312) 464-1212 (fax)<br>chughes@gwclaw.com<br>*Attorney for Michael A.F. Smith and John Wilkerson* | Ralph J Kooy<br>Tressler, Soderstrom, Maloney & Priess<br>Sears Tower 22nd Floor<br>233 South Wacker Drive<br>Chicago, IL 60606-6308<br>312-627-4000<br>312-627-1717 (fax)<br>rkooy@tsmp.com<br>*Attorney for Tressler Soderstrom* | John S Mrowiec<br>Conway & Mrowiec<br>20 South Clark Street #1000<br>Chicago, IL 60603<br>312 658-1 100 Ext 14<br>312 658-1201 (fax)<br>jsm@cmcontractors.com<br>*Attorney for Lehmann Brothers Holdings, Inc.* |
| Charles Ingrassia<br>Laborers' Pension and Welfare Funds<br>53 W Jackson Suite 550<br>Chicago, IL 60604<br>312 692-1540<br>charlesi@chilpwf.com<br>*Attorney for Laborer's Pension Fund and Laborers' Welfare Fund of the Health & Welfare Department* | David J Letvin<br>Letvin & Stein<br>541 N Fairbanks Suite 2121<br>Chicago, IL 60611<br>312 527-2841<br>312 527-2818 (fax)<br>davidletvin@aol.com<br>*Attorney for Carpets by Kornick, Ltd.* | Kevin Murnighan<br>Carey, Filter, White & Boland<br>33 W Jackson<br>5th Floor<br>Chicago, IL 60604<br>312 939-4300<br>kevin@careyfilter.com<br>*Attorney for Concrete Erectors, Ltd.* |

| Daniel A Znzove | James P Wognum | James P. Ziegler |
|---|---|---|
| Perkins Cole LLP | Law Office of James F. Wogmum | Stone, Pogrund & Korey |
| 131 S. Dearborn | 122 S Michigan Ave. | 221 N. LaSalle Street |
| Suite 1700 | Suite 1290 | Suite 3200 |
| Chicago, IL 60603-5559 | Chicago, IL 60603 | Chicago, IL 60601 |
| 312-324-8605 | 312 427-5427 | 312 782-3636 |
| 312-324-9400 (fax) | 312 427-5425 (fax) | 312 782-1482 (fax) |
| dzazove@perkinscole.com | jpwognum@ameritech.net | jziegler@spklaw.com |
| *Attorney for Perkins Cole LLP* | *Attorney for Bethany Methodist Corporation* | *Attorney for Automatic Building Controls Inc.* |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                           )
                                 )
   PAUL H. SCHWENDENER. INC..        )        Case No. __07 B 12145__
        Debtor(s).            )
                                 )        Chapter ___7___

### COVER SHEET FOR APPLICATION FOR
### PROFESSIONAL COMPENSATION

Name of Applicant: __ALAN D. LASKO & ALAN D. LASKO & ASSOCIATES. P.C.__

Authorized to Provide
Professional Services to: __GINA B. KROL. Chapter 7 Trustee__

Date of Order Authorizing Employment: __May 14, 2008__

Period for Which
Compensation is sought: __October 31, 2009 through March 1, 2010__

Amount of Fees sought: __$3,757.30__

Amount of Expense
Reimbursement sought: __$19.03__

This is an: Interim Application _____    Final Application __X__ .

If this is **not** the first application filed herein by this
professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| 11/4/09 | 8/25/09 - 10/30/09 | $ 13,565.15 | $ 13,565.15 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The aggregate amount of fees and expenses **paid** to the Applicant to
date for services rendered and expenses incurred herein is:

$ 13,565.15

Date: __March 17, 2010__

Applicant
by: __/s/  GINA B. KROL__
One of Attorneys for Paul H. Schwendener,
Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Paul H. Schwendener, Inc. | ) | No. 07 B 12145 |
| | ) | |
| 36-2349748 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene Wedoff |

### SECOND AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request second and final compensation of $3,757.30 and expenses of $19.03 for the time period from October 31, 2009 through March 1, 2010. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the Affidavit pursuant to Bankruptcy Rule 2016.

The Applicant accordingly, submits its Second and Final Fee Application for allowance and payment of compensation for the above amount totaling in the amount of $3,757.30 for actual, reasonable and necessary professional services rendered and reimbursement of the actual, reasonable and necessary expenses incurred of $19.03 during the period from October 31, 2009 through March 1, 2010 for the Application (the "Second and Final Compensation Period"). In further support of this Second and Final Fee Application, Alan D. Lasko & Associates, P.C. ("ADLPC") respectfully states as follows:

## PAUL H. SCHENDENER, INC.

**INTRODUCTION**

This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's partners, of counsel, associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**GENERAL**

The Debtor filed a petition under Chapter 11 of the Federal Bankruptcy Code on or about July 8, 2007, and a Trustee was subsequently appointed. On May 14, 2008, the case converted to one under Chapter 7 and Alan D. Lasko & Associates, P.C. was approved by the Court as the

2

## PAUL H. SCHENDENER, INC.

accountants for the Trustee.   Reflected in this fee petition is the Applicant's time for the
preparation of the Estate's tax work performed for the final year 2009.

A recap of compensation requested is as follows:

|  | Amount |
|---|---|
| Billing | $   111.00 |
| Year-End Work | 3,011.80 |
| Respond to Tax Authorities | 634.50 |
|  | $   3,757.30 |

The Applicant has had its first interim fee application approved by the court in the amount of
$13,516.40 in compensation and $48.75 in expenses for the period August 25, 2009 through
October 30, 2009.

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 23 years.  He brings his 33
years of experience in providing operational support to Chapter 11 and creditor committees, as
well as his technical abilities in various accounting and tax matters in bankruptcy cases.
Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a
disbursing agent, made presentations to creditors and their committees and worked with debtor
and creditor counsels in formulating plans of reorganizations and disclosure statements.
Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well
as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American

3

## PAUL H. SCHENDENER, INC.

Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Susan J. Kilgore, CPA – Manager

Ms. Kilgore has 32 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate Degree in Accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

### James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 30 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

## PAUL H. SCHENDENER, INC.

<u>Denise C. Konomidis, CPA – Tax Senior</u>

Ms. Konomidis has 8 years of experience performing tax preparation and tax planning in public

accounting.  She has worked for a large and small public accounting firm and tax planning firm

over this period.  She has worked with commercial and individual accounts of various sizes.  She

has an undergraduate degree in Accounting from the University of Illinois.  She is a certified

public accountant and a member of the American Institute of Certified Public Accountants and

the Illinois CPA Society.


<u>Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor</u>

Ms. Li has 3 years of valuation experience and 5 years of performing accounting and tax

services.  She has a B.A. from Xi An Jiao Tong University in China and a PhD in

Communications Studies from Northwestern University in Evanston.  She is a Certified Public

Accountant and a member of the American Institute of Certified Public Accountants and the

Illinois CPA Society.  She is also certified by the National Association of Valuation Analysts for

her valuation certificate.


<u>Connie Lee – Staff</u>

Ms. Lee is a third-year staff person performing accounting and tax services.  Ms. Lee has a

Bachelor of Accounting from DeVry University.

## PAUL H. SCHENDENER, INC.

### STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

#### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

#### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

#### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

### FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 22.0 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already

6

## PAUL H. SCHENDENER, INC.

been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which interim compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## PAUL H. SCHENDENER, INC.

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                $111.00

A recap of compensation for this category is as follows:

|                  | Hours | Rate       | Amount      |
|------------------|-------|------------|-------------|
| A. Lasko         | 0.2   | $  260.00  | $    52.00  |
| C. Wilson, Staff | 1.0   | 59.00      | 59.00       |
|                  | 1.2   |            | $   111.00  |

### YEAR-END WORK

The Applicant incurred 18.0 hours primarily in the preparation of the Estate's workpapers and Federal and State income tax returns of the Debtor S Corporation for the final tax year 2009.

The work also included the following:

- Worked on book to tax differences and reconcile same.
- Summarized Trustee's Form 2 by year.
- Reviewed final Section 331 tax liquidation issues.
- Work related to the recording of the sales of assets in different years and calculation of gain/loss for regular and alternative minimum tax purposes.

Cost                $3,011.80

## PAUL H. SCHENDENER, INC.

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 3.3 | $ 260.00 | $ 858.00 |
| J. Delahunt, Manager | 0.7 | 250.00 | 175.00 |
| D. Konomidis, Tax Supervisor | 1.3 | 175.00 | 227.50 |
| L. Li, Supervisor | 6.5 | 175.00 | 1,137.50 |
| C. Lee, Staff | 6.2 | 99.00 | 613.80 |
| | 18.0 | | $ 3,011.80 |

## RESPOND TO TAX AUTHORITIES

The Applicant incurred 2.8 hours in the preparation of the tax power of attorney and responding to various past years penalty notices from the Internal Revenue Service.

Cost             $634.50

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.7 | $ 260.00 | $ 442.00 |
| D. Konomidis, Tax Supervisor | 1.1 | 175.00 | 192.50 |
| | 2.8 | | $ 634.50 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

9

## PAUL H. SCHENDENER, INC.

| | | | |
|---|---|---|---|
| Owner | $250 | - | $275 |
| Manager/Director | 175 | - | 250 |
| Supervisors | 160 | - | 175 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | |
|---|---|
| Year-End Work | $  14.90 |
| Respond to Tax Authorities | 4.13 |
| | $  19.03 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim Application | Second Interim Application | Total |
|---|---|---|---|
| Billing | $    274.00 | $    111.00 | $    385.00 |
| Year-End Work | 13,242.40 | 3,011.80 | 16,254.20 |
| Respond to Tax Authorities | - | 634.50 | 634.50 |
| Net Request | $  13,516.40 | $  3,757.30 | $  17,273.70 |

## PAUL H. SCHENDENER, INC.

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 3.8 | $ 385.00 | $ 101.32 |
| Year-End Work | 101.4 | 16,254.20 | $ 160.30 |
| Respond to Tax Authorities | 2.8 | 634.50 | $ 226.61 |
| | 108.0 | $ 17,273.70 | $ 159.94 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;

11

## PAUL H. SCHENDENER, INC.

    (C)      whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

    (D)      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a

## PAUL H. SCHENDENER, INC.

particular task.  Accordingly, approval of the Second and Final compensation sought herein for the Compensation Period is warranted.


## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.  Therefore, the requested second and final compensation of $3,757.30 and expenses of $19.03 should be allowed for services by your Applicant for the period October 31, 2009 through March 1, 2010.


_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Paul H. Schwendener, Inc. | ) | No. 07 B 12145 |
| | ) | |
|     36-2349748 | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | Hon. Eugene Wedoff |

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
           )     SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.  I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Gina B. Krol, Chapter 7 Trustee in this case ("Trustee").

2.  I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.  The Applicant has had its first interim fee application approved by the Court in the amount of $13,516.40 in compensation and $48.75 in expenses for the period August 25, 2009 through October 30, 2009.

14

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _1st_ day of March, 2010.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/11/12

15

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

---

### Selection Criteria

---

| Clie.Selection | Include: PSchwen, Inc.002; PSchwen, Inc.004; PSchwen, Inc.012 |
|---|---|

| | |
|---|---|
| Nickname | PSchwen, Inc.002 \| 2835 |
| Full Name | Paul H. Schwendener, Inc. |
| Address | Gina B. Krol, Trustee |
| | 105 W. Madison |
| | Suite 1100 |
| | Chicago IL 60602 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | tax prep |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 11/9/2009 |
| Last charge | 2/25/2010 |
| Last payment | 11/27/2009      Amount      $13,291.15 |

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 12/9/2009 | A. Lasko | 260.00 | 0.30 | 78.00 | Billable |
| 80205 | 800 | | | | |
| | review of work done to date and prepared budget and correspondence to trustee for est costs to complete 2009 and 2010 (final) returns | | | | |
| 2/16/2010 | C. Lee | 99.00 | 3.50 | 346.50 | Billable |
| 82953 | 800 | | | | |
| | Paul H. Schwendener, Inc. Job preparation of 2009 workpapers and year end tax returns | | | | |
| 2/19/2010 | L. Li | 175.00 | 1.90 | 332.50 | Billable |
| 83132 | 800 | | | | |
| | review of workpapers and tax returns for 2009 and prepared changes for staff to do | | | | |
| 2/19/2010 | C. Lee | 99.00 | 1.20 | 118.80 | Billable |
| 83208 | 800 | | | | |
| | Paul H Schwendener Inc Job. reinputted 2009 tax numbers/information which were prepared in 2008 program previously into 2009 program per Luyan's request | | | | |
| 2/20/2010 | L. Li | 175.00 | 2.00 | 350.00 | Billable |
| 83154 | 800 | | | | |
| | Review 2009 workpapers, make changes to depreciation, gain on sale of fixed assets, and trial balances | | | | |

3/1/2010             Alan D. Lasko & Associates, P.C.
3:27 PM             Pre-bill Worksheet          Page    2

PSchwen, Inc.002: Paul H. Schwendener, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 2/20/2010 83160 | L. Li 800 | 175.00 | 0.60 | 105.00 | Billable |
| | Review shareholder basis calculation and carry over from prior year | | | | |
| 2/20/2010 83161 | L. Li 800 | 175.00 | 1.60 | 280.00 | Billable |
| | Review 2009 tax returns | | | | |
| 2/22/2010 83225 | A. Lasko 800 | 260.00 | 0.60 | 156.00 | Billable |
| | review of discharge calculations and issues thereof | | | | |
| 2/22/2010 83230 | J. Delahunt 800 | 250.00 | 0.70 | 175.00 | Billable |
| | review with lasko (no charge by lasko) issues regarding final return presentation for S Corp | | | | |
| 2/22/2010 83232 | L. Li 800 | 175.00 | 0.40 | 70.00 | Billable |
| | Research on the questions that Alan asked regarding dischargable income, etc. | | | | |
| 2/23/2010 83260 | A. Lasko 800 | 260.00 | 0.90 | 234.00 | Billable |
| | review of allocations between land and building upon sale of assets by trustee | | | | |
| 2/23/2010 83265 | C. Lee 800 | 99.00 | 1.50 | 148.50 | Billable |
| | Paul H Schwendener Inc. Job preparation of 2009 workpapers and year end tax returns | | | | |
| 2/24/2010 83402 | D. Konomidis 800 | 175.00 | 1.30 | 227.50 | Billable |
| | reviewed taxs depreciation recapture calculation for 1250 unrecaptured gain for alternative minimum tax purposes and correction thereof | | | | |
| 2/25/2010 83429 | A. Lasko 800 | 260.00 | 0.90 | 234.00 | Billable |
| | assist staff with section 1250 gain calc and tax programs allocation of cost from the sale...and corrected same | | | | |
| 2/25/2010 83430 | A. Lasko 800 | 260.00 | 0.60 | 156.00 | Billable |
| | sign off of federal and state tax returns - final | | | | |

3/1/2010                          Alan D. Lasko & Associates, P.C.
3:27 PM                               Pre-bill Worksheet                                    Page      3

PSchwen, Inc.002:Paul H. Schwendener, Inc. (continued)

|  |  |  |  | Amount | Total |
|---|---|---|---|---|---|
| TOTAL | Billable Fees |  |  | 18.00 | $3,011.80 |

| Date ID | User Expense |  | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|---|
| 2/24/2010 83303 | C. Wilson 115 |  | 10.10 | 1.000 | 10.10 | Billable |
|  | Photocopy costs for 2009 Forms 1120S income tax returns - 101 pages @ $.10 per page. |  |  |  |  |  |
| 2/25/2010 83431 | C. Wilson 105 |  | 4.80 | 1.000 | 4.80 | Billable |
|  | Postage for 2009 Forms 1120S income tax returns sent to Gina Krol. |  |  |  |  |  |
| TOTAL | Billable Costs |  |  |  |  | $14.90 |

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. |  |  |
| Total of billable time slips Total of Fees (Time Charges) | $3,011.80 | $3,011.80 |
| Costs Bill Arrangement: Slips By billing value on each slip. |  |  |
| Total of billable expense slips Total of Costs (Expense Charges) | $14.90 | $14.90 |
| Total new charges |  | $3,026.70 |
| Previous Balance 90 Days Total Previous Balance | $13,291.15 | $13,291.15 |

Accounts Receivables

| Date|ID | Type | Description |  |
|---|---|---|---|
| 11/27/2009 9718 | PAY | Payment - thank you | ($13,291.15) |

3/1/2010                    Alan D. Lasko & Associates, P.C.
3:27 PM                          Pre-bill Worksheet                         Page      4

PSchwen, Inc.002: Paul H. Schwendener, Inc. (continued)

|                            | Amount      | Total         |
| -------------------------- | ----------- | ------------- |
| Total Accounts Receivable  |             | ($13,291.15)  |
| New Balance                |             |               |
| Current                    | $3,026.70   |               |
| Total New Balance          |             | $3,026.70     |

3/1/2010
3:27 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    5

| | |
|---|---|
| Nickname | PSchwen, Inc.004 \| 3409 |
| Full Name | Paul H. Schwendener, Inc. |
| Address | Gina B. Krol, Trustee |
| | 105 W. Madison |
| | Suite 1100 |
| | Chicago IL 60602 |

| | | |
|---|---|---|
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | respond to tax authorities | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | | |
| Last charge | 1/6/2010 | |
| Last payment | | Amount    $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/14/2009 80825 | D. Konomidis 800 | 175.00 | 0.70 | 122.50 | Billable |
| | respond to tax authorities for civil penalty for 2007 tax filing by trustee | | | | |
| 12/15/2009 80826 | D. Konomidis 800 | 175.00 | 0.40 | 70.00 | Billable |
| | prepaerd and signed power of attorney for tax purposes (lasko reviewed and signed and did not charge time). | | | | |
| 12/31/2009 80991 | A. Lasko 800 | 260.00 | 0.80 | 208.00 | Billable |
| | respond to late file penalty notice for 2007 S Corp filing that was done. | | | | |
| 1/6/2010 81115 | A. Lasko 800 | 260.00 | 0.90 | 234.00 | Billable |
| | respond to 2nd notice ov civil penalty and call to insolvency unit regarding same of the IRS | | | | |

| TOTAL | Billable Fees | | 2.80 | | $634.50 |
|---|---|---|---|---|---|

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/31/2009 80989 | A. Lasko 105 | 1.05 | 1.000 | 1.05 | Billable |
| | postage - mailed response to irs | | | | |
| 12/31/2009 80990 | A. Lasko 115 | 1.20 | 1.000 | 1.20 | Billable |
| | photocopy costs - copies of letter and attachments to irs (12 @ $10) | | | | |

3/1/2010
3:27 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    6

PSchwen, Inc.004: Paul H. Schwendener, Inc. (continued)

| Date | User | Price | Quantity | Amount | Total |
|---|---|---|---|---|---|
| ID | Expense | Markup % | | | |
| 1/6/2010 | A. Lasko | 0.88 | 1.000 | 0.88 | Billable |
| 81116 | 105 | | | | |
| | postage - mail to irs | | | | |
| 1/6/2010 | A. Lasko | 1.00 | 1.000 | 1.00 | Billable |
| 81117 | 115 | | | | |
| | photocopy costs - 10 @ $.10 re: respond to irs and attachments | | | | |

| TOTAL | Billable Costs | | | | $4.13 |
|---|---|---|---|---|---|

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $634.50 | |
| Total of Fees (Time Charges) | | $634.50 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $4.13 | |
| Total of Costs (Expense Charges) | | $4.13 |
| Total new charges | | $638.63 |
| New Balance | $638.63 | |
| Current | | |
| Total New Balance | | $638.63 |

3/1/2010
3:27 PM

**Alan D. Lasko & Associates, P.C.**
Pre-bill Worksheet

Page   7

| | |
|---|---|
| Nickname | PSchwen, Inc.012 \| 3310 |
| Full Name | Paul H. Schwendener, Inc. |
| Address | Gina B. Krol, Trustee |
| | 105 W. Madison |
| | Suite 1100 |
| | Chicago IL 60602 |

| | | |
|---|---|---|
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | fee petition | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | 11/9/2009 | |
| Last charge | 3/1/2010 | |
| Last payment | 11/27/2009 | Amount   $274.00 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/1/2010<br>83617 | C. Wilson<br>800 | 59.00 | 1.00 | 59.00 | Billable |
| | Prepared fee petition. | | | | |
| 3/1/2010<br>83618 | A. Lasko<br>800 | 260.00 | 0.20 | 52.00 | Billable |
| | prepared fee petition | | | | |

| TOTAL | Billable Fees | | 1.20 | | $111.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| Total of billable expense slips | $0.00 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $111.00 | $111.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $111.00 |
| Previous Balance<br>90 Days | $274.00 | |

3/1/2010
3:27 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    8

PSchwen, Inc.012:Paul H. Schwendener, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| **Total Previous Balance** |  | $274.00 |
| **Accounts Receivables** |  |  |
| Date\|ID    Type    Description |  |  |
| 11/27/2009 PAY   Payment - thank you | ($274.00) |  |
| 9717 |  |  |
| **Total Accounts Receivable** |  | ($274.00) |
| **New Balance** |  |  |
| Current | $111.00 |  |
| **Total New Balance** |  | $111.00 |