# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
PAUL H. SCHWENDENER, INC.           §    Case No. 07-12145
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
      . The case was converted to one under Chapter 7 on             . The
undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Case 07-12145  Doc 094  Filed 12/19/13  Entered 12/19/13 16:15:33  Desc Main
Case 07-12145  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 1
              ASSET CASES
Document Page 3 of 18

| Case No: | 07-12145 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | GINA B. KROL | Exhibit A |
| Case Name: | PAUL H. SCHWENDENER, INC. | | | | Date Filed (f) or Converted (c): | 05/14/08 (c) | |
| | | | | | 341(a) Meeting Date: | 06/25/08 | |
| For Period Ending: | 10/10/13 | | | | Claims Bar Date: | 04/28/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIP Account | 0.00 | 46,519.78 | | 47,528.79 | FA |
| 2. A/R | 24,449.74 | 24,449.74 | | 168,334.68 | FA |
| 3. Balance Due on Lien Claim | 0.00 | 24,449.74 | OA | 0.00 | FA |
| 4. Fuel (u) | 0.00 | 4,106.25 | | 4,106.25 | FA |
| Remaining fuel contained in underground storage tanks. | | | | | |
| 5. Real estate | 0.00 | 1,200,000.00 | | 1,204,030.22 | FA |
| 6. PERSONAL PROPERTY | 0.00 | 31,219.50 | | 31,219.50 | FA |
| 7. Environmental Escrow (u) | 0.00 | 18,549.00 | | 18,549.00 | FA |
| 8. Reimbursement (u) | 0.00 | 33,449.73 | | 33,449.73 | FA |
| State's reimbursement of IEPA cleanup costs | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 86.21 | Unknown |

                                                                                    Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $24,449.74    $1,382,743.74         $1,507,304.38         $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected final sum from Illinois Environmental Protection Agency. Trustee to prepare TFR

Initial Projected Date of Final Report (TFR): 06/30/09      Current Projected Date of Final Report (TFR): 12/31/13

        /s/    GINA B. KROL
_____     Date: _____
        GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 07-12145 -ERW |
| Case Name: | PAUL H. SCHWENDENER, INC. |
| Taxpayer ID No: | *******9748 |
| For Period Ending: | 10/10/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0147  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,417.28 | | 33,417.28 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 28.96 | 33,388.32 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 33,417.28 | 28.96 | 33,388.32 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 33,417.28 | 0.00 | |
| | | Subtotal | 0.00 | 28.96 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 28.96 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals    33,417.28    28.96

Ver: 17.03

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9475  BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 10/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/08 | 1 | Downers Grove National Bank<br>Corner of Curtiss and Main<br>Downers Grove, IL | Balance of DIP Account | 1129-000 | 46,519.70 | | 46,519.70 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.85 | | 46,522.55 |
| 07/30/08 | 2 | Kroger Foods | | 1121-000 | 24,449.74 | | 70,972.29 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.91 | | 70,978.20 |
| 08/25/08 | 2 | Roman Catholic Diocese of Joliet<br>425 Summit Street<br>Joliet, IL  60435 | | 1121-000 | 114,350.94 | | 185,329.14 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 10.35 | | 185,339.49 |
| 09/17/08 | 000301 | Gina  Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Trustee's fees per court order | 2100-000 | | 12,516.16 | 172,823.33 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 13.68 | | 172,837.01 |
| 10/07/08 | 1 | Bank of America<br>Willowbrook, IL | | 1129-000 | 240.47 | | 173,077.48 |
| 10/07/08 | 1 | Harris Bank<br>P.O. Box 94033<br>Palatine, IL  60094 | | 1129-000 | 768.62 | | 173,846.10 |
| * 10/07/08 | | Kroger | | 1129-003 | 24,449.74 | | 198,295.84 |
| * 10/07/08 | | Northern Trust Company<br>Via Wire Transfer on 9/19/08<br>Per Court Order | Wire Transfer to Secured Creditor | 4210-003 | 172,807.07 | | 371,102.91 |
| * 10/07/08 | | Reverses Adjustment IN on 10/07/08 | Wire Transfer to Secured Creditor | 4210-003 | -172,807.07 | | 198,295.84 |
| 10/07/08 | | Northern Trust Company<br>Via Wire Transfer | Payment to Secured Creditor<br>Wire transfer to secured creditor on 9/91/08 per court order | 4210-000 | | 172,807.07 | 25,488.77 |
| 10/07/08 | 000302 | Clerk of US Bankruptcy Court<br>450 Main Street<br>Hartford, CT | Fee to Issue Subpeona to Travelers Insurance | 2990-000 | | 39.00 | 25,449.77 |
| * 10/23/08 | | Kroger | VOID<br>Check was returned as "refer to maker" . It appears | 1129-003 | -24,449.74 | | 1,000.03 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals | 186,362.26 | 185,362.23 |
|---|---|---|---|

Ver: 17.03

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9475 BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | that this check was a duplicate of an amount previously paid on 7/30/08 | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 1,000.28 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.08 | | 1,000.36 |
| 12/03/08 | 4 | Van Hosen Industries, Inc. 7N458 Garden Ave. Roselle, IL 60172 | | 1229-000 | 4,106.25 | | 5,106.61 |
| 12/09/08 | 000303 | Willis of Illinois, Inc. P.O. Box 93225 Chicago, IL 60673 | Insurance Premium | 2420-000 | | 1,130.00 | 3,976.61 |
| 12/15/08 | 5 | Zygmunt Realty PO Box 542 Westmont, IL 60559 | Initial Earnest Money Depost | 1110-000 | 25,000.00 | | 28,976.61 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 28,976.85 |
| 01/05/09 | 000304 | Nicor PO Box 0632 Aurora, IL 60507-0632 | Account Number 88-96-31-1000 7 Gas service pending sale of property | 2990-000 | | 288.11 | 28,688.74 |
| 01/05/09 | 000305 | ComEd Bill Payment Center Chicago, IL 60668-0001 | Account Number 8920592005 Electric Service | 2990-000 | | 3,201.49 | 25,487.25 |
| 01/07/09 | 6 | American Auction Associates 8515 S. Thomas Ave. Bridgeview, IL 60455 | Proceeds of sale | 1129-000 | 31,219.50 | | 56,706.75 |
| 01/21/09 | 2 | Prairie Management & Development 333 N. Michigan Ave., Ste. 1700 Chicago, IL 60601 | | 1121-000 | 29,534.00 | | 86,240.75 |
| 01/28/09 | 000306 | Willis of Illinois P. O. Box 93225 Chicago, IL 60673-4700 | Insurance Premium Invoice Number 0870545 | 2420-000 | | 5,923.00 | 80,317.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.79 | | 80,318.54 |
| 02/02/09 | 000307 | Commonwealth Edison Bill Payment Center | January Electric Service | 2990-000 | | 484.86 | 79,833.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals 89,861.11 11,027.46

Ver: 17.03

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9475 BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/02/09 | 000308 | Chicago, IL 60668<br>Compass Surveying Ltd.<br>2631 Ginger Woods Parkway<br>Suite 100<br>Aurora, IL 60502 | Alta Survey | 2500-000 | | 3,500.00 | 76,333.68 |
| 02/03/09 | 000309 | NICOR<br>PO Box 0632<br>Aurora, IL 60507 | Gas Service | 2990-000 | | 371.76 | 75,961.92 |
| 02/17/09 | 000310 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 62.53 | 75,899.39 |
| 02/18/09 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 65,899.39 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.15 | | 65,900.54 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.13 | | 65,901.67 |
| 04/01/09 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 38,000.00 | 27,901.67 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 27,902.28 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.71 | | 27,902.99 |
| 06/24/09 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 25,902.99 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 25,903.67 |
| 07/22/09 | 5 | Zygmunt Enterprises LLC | Balance of earnest money | 1122-000 | 25,000.00 | | 50,903.67 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 0.82 | | 50,904.49 |
| 08/13/09 | 5 | Chicago Title and Trust Company<br>171 North Clark<br>Chicago, IL 60601 | | | 150,000.00 | | 200,904.49 |
| | | ZYGMUNT ENTERPRISES | Memo Amount: 1,150,000.00<br>Proceeds of sale | 1110-000 | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: ( 5,153.00 )<br>Title costs, transfer taxes, escrow | 2500-000 | | | |
| | | COLLIERS BENNET & KAHN | Memo Amount: ( 60,000.00 )<br>Broker's Commission | 3510-000 | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount: ( 50,000.00 ) | 2990-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals     175,005.10     53,934.29

Ver: 17.03

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9475  BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Environmental Holdback | | | | |
| | | | Per r/e contract, holdback in escrow with CT&T until buyer receives a No Further Remediation letter from IEPA | | | | |
| | | VILLAGE OF WESTMONT | Memo Amount:      (       690.40 ) | 4120-000 | | | |
| | | | Water Lien Payoff | | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount:      (    30,736.14 ) | 4700-000 | | | |
| | | | 2007 r/e tax redemption | | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount:      (    28,545.46 ) | 4700-000 | | | |
| | | | 2008 r/e tax bill | | | | |
| | | ZYGMUNT ENTERPRISES | Memo Amount:      (    18,845.12 ) | 2990-000 | | | |
| | | | 2009 r/e tax proration | | | | |
| | | MIDWEST BANK & TRUST COMPANY | Memo Amount:      (   806,029.88 ) | 4110-000 | | | |
| | | | Partial Payment of Secured Claim | | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.23 | | 200,909.72 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.26 | | 200,917.98 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.53 | | 200,926.51 |
| 11/03/09 | 000311 | Laicon, Inc. 9914 Derby Lane Westchester, IL 60154 | Final Environmental Report | 2990-000 | | 6,121.87 | 194,804.64 |
| 11/24/09 | 000312 | Alan D. Lasko 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | 1st Interim Accountant Fees | 3410-000 | | 13,516.40 | 181,288.24 |
| 11/24/09 | 000313 | Alan D. Lasko 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | 1st Interim Accountant Expenses | 3420-000 | | 48.75 | 181,239.49 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.03 | | 181,247.52 |
| 12/22/09 | 000314 | Midwest Bank and Trust Company c/o Mr. August Pilati 53 W. Jackson Blvd. | Partial Satisfaction of Secured Claim per court order | 4110-000 | | 102,000.00 | 79,247.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*       Page Subtotals     30.05     121,687.02

Ver: 17.03

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9475  BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 528 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.14 | | 79,254.66 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.36 | | 79,258.02 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.04 | | 79,261.06 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.37 | | 79,264.43 |
| 04/13/10 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 79,264.43 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 1,150,000.00 | COLUMN TOTALS | 451,275.43 | 451,275.43 | 0.00 |
| Memo Allocation Disbursements: | 1,000,000.00 | Less:  Bank Transfers/CD's | 0.00 | 129,264.43 | |
| | | Subtotal | 451,275.43 | 322,011.00 | |
| Memo Allocation Net: | 150,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 451,275.43 | 322,011.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals    16.91    79,264.43

Ver: 17.03

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9721  BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/18/09 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 02/18/09 | 003001 | Donal Dodge<br>8005 W. 93rd St.,<br>Hickory Hills, IL 60457 | Auctioneer Expenses per Court order | 3620-000 | | 5,954.37 | 4,045.63 |
| 03/12/09 | 003002 | Nicor<br>P.O. Box 0632<br>Aurora, IL 60507 | Acct. # 89-96-31-1000 7 | 2990-000 | | 313.11 | 3,732.52 |
| 03/12/09 | 003003 | Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197 | Acct # 8920592005 | 2990-000 | | 246.73 | 3,485.79 |
| 03/24/09 | 003004 | Donald Dodge<br>American Auction Associates | Expense Reimbursement per Ct Order | 3620-000 | | 603.00 | 2,882.79 |
| 04/01/09 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 38,000.00 | | 40,882.79 |
| 04/01/09 | 003005 | Robinette Demolition, Inc.<br>0S560 Highway 83<br>Oakbrook Terrace, IL 60181 | UST Removal per Court Order | 3992-000 | | 14,497.50 | 26,385.29 |
| 04/01/09 | 003006 | Laicon. Inc.<br>9914 Derby Lane<br>Westchester, IL 60154 | Environmental Consultant per Order<br>Invoice Number 25770 | 3731-000 | | 6,998.11 | 19,387.18 |
| 04/01/09 | 003007 | Laicon, Inc.<br>9914 Derby Lane<br>Westchester, IL 60154 | Environmental Consultant per Court<br>Invoice Number 25778 | 3732-000 | | 17,112.86 | 2,274.32 |
| 06/16/09 | 003008 | Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197 | Electric Service<br>Acct. # 8920592005 | 2990-000 | | 781.11 | 1,493.21 |
| 06/16/09 | 003009 | NICOR<br>PO Box 0632<br>Aurora, IL 60507 | Gas Service<br>Acct# 88-96-31-1000 7 | 2990-000 | | 87.32 | 1,405.89 |
| 06/24/09 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 3,405.89 |
| 07/15/09 | 003010 | Miller Advertising Agency<br>71 Fifth Avenue<br>New York, NY 10003 | Invoice #678162-077<br>Tribune advertising for auction sale of 1000 & 1010<br>Vandustrial Dr., Westmont, IL | 3992-000 | | 2,066.80 | 1,339.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals         50,000.00    48,660.91

Ver: 17.03

LFORM24

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9721 BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| * 07/27/09 | 003011 | DB Custom Woodwork, Inc. 6100 Janes Avenue Downers Grove, IL 60516 | Grass Cutting at Property | 2990-003 | | 600.00 | 739.09 |
| 08/03/09 | 5 | Midwest Bank & Trust 1606 N. Harlem Ave. Elmwood Park, IL 60707 | Advance for Expenses | 1280-002 | 4,030.22 | | 4,769.31 |
| 08/03/09 | 003012 | Com Ed PO Box 6111 Carol Stream, IL 60602 | Electric service thru 7/24/09 Electric service thru 7/24/09 | 2990-000 | | 431.90 | 4,337.41 |
| 08/03/09 | 003013 | Willis of Illinois, Inc. PO Box 93225 Chicago, IL  60673 | Insurance  Inv. #0875979 | 2420-000 | | 2,962.00 | 1,375.41 |
| 08/03/09 | 003014 | NICOR PO Box 2020 Aurora, IL  60507 | Gas Service thru 7/30/09 | 2990-000 | | 65.61 | 1,309.80 |
| 08/24/09 | 003015 | Carol A. Raber 219 S. Dearborn Street Suite 667 Chicago, IL 60604 | Attendance at Sale | 2500-000 | | 145.00 | 1,164.80 |
| 08/24/09 | 003016 | Nicor PO Box 0632 Aurora, IL 60507-0632 | Final Read for Gas Service | 2990-000 | | 13.12 | 1,151.68 |
| * 09/14/09 | 003011 | DB Custom Woodwork, Inc. 6100 Janes Avenue Downers Grove, IL 60516 | Grass Cutting at Property | 2990-003 | | -600.00 | 1,751.68 |
| 09/14/09 | 003017 | DB Custom Woodwork, Inc. 6100 Janes Avenue Downers Grove, IL 60516 | Grass Cutting at Property | 2990-000 | | 600.00 | 1,151.68 |
| 11/30/09 | 003018 | Internal Revenue Service Cincinnati, OH  45999-0039 | Penalty per notice | 2990-000 | | 712.00 | 439.68 |
| 02/09/10 | 003019 | International Sureties Ltd. Suite 420 | BOND BOND | 2300-000 | | 59.15 | 380.53 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Page Subtotals    4,030.22    4,988.78

Ver: 17.03

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9721  BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 10/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/10 | | 701 Poydras Street<br>New Orleans, LA 70139<br>Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 79,264.43 | | 79,644.96 |
| 04/14/10 | 003020 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 53,307.55 | 26,337.41 |
| 04/14/10 | 003021 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Attorneys' fees per court order | 3110-000 | | 14,648.44 | 11,688.97 |
| 04/14/10 | 003022 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Attorneys' expenses per court order | 3120-000 | | 649.68 | 11,039.29 |
| 04/14/10 | 003023 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | attorneys' fees per court order | 3310-000 | | 7,324.22 | 3,715.07 |
| 04/14/10 | 003024 | Alan D. Lasko & Associates PC<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 3,696.35 | 18.72 |
| 04/14/10 | 003025 | Alan D. Lasko & Associates PC<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 18.72 | 0.00 |
| 08/31/10 | 7 | Chicago Title Insurance Company<br>171 N. Clark Street<br>Chicago, IL 60601 | Environmental escrow | 1210-000 | 18,549.00 | | 18,549.00 |
| 10/05/10 | 003026 | Laicon, Inc.<br>9914 Derby Lane<br>Westchester, IL 60154 | Invoice #26180<br>Environmental Specialists | 3991-000 | | 3,700.00 | 14,849.00 |
| 10/05/10 | 003027 | FirstMerit Bank, N.A.<br>Successor in Interest to FDIC<br>as receiver for Midwest Bank | Secured Claim per Court Order | 4110-000 | | 14,849.00 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals          97,813.43          98,193.96

Ver: 17.03

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-12145 -ERW | |
| Case Name: | PAUL H. SCHWENDENER, INC. | |
| Taxpayer ID No: | *******9748 | |
| For Period Ending: | 10/10/13 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9721  BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 151,843.65 | 151,843.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 129,264.43 | 0.00 | |
| | | Subtotal | | 22,579.22 | 151,843.65 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 22,579.22 | 151,843.65 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Page Subtotals         0.00         0.00

Ver: 17.03

LFORM24

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4360  BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 10/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 8 | State of Illinois Environmental Protection Agency | | 1249-000 | 12,840.19 | | 12,840.19 |
| 04/30/12 | 8 | State of Illinois Environmental Protection Agency | | 1249-000 | 1,115.34 | | 13,955.53 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.88 | 13,939.65 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.57 | 13,923.08 |
| 07/23/12 | 8 | State of Illinois | | 1249-000 | 19,494.20 | | 33,417.28 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,417.28 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 33,449.73 | 33,449.73 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 33,417.28 | |
| | | Subtotal | 33,449.73 | 32.45 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 33,449.73 | 32.45 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,150,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,000,000.00 | Checking Account - ********0147 | 0.00 | 28.96 | 33,388.32 |
| | | BofA - Money Market Account - ********9475 | 451,275.43 | 322,011.00 | 0.00 |
| Total Memo Allocation Net: | 150,000.00 | BofA - Checking Account - ********9721 | 22,579.22 | 151,843.65 | 0.00 |
| | | BofA - Checking Account - ********4360 | 33,449.73 | 32.45 | 0.00 |
| | | | 507,304.38 | 473,916.06 | 33,388.32 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/  GINA B. KROL

Trustee's Signature: _____  Date: 10/10/13

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Page Subtotals    33,449.73    33,449.73

Ver: 17.03

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4360 BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 10/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

GINA B. KROL

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-12145
Case Name: PAUL H. SCHWENDENER, INC.
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000076 | Midwest Bank & Trust Company 501 West North Avenue Melrose Park, IL 60160 Attn: Thomas A. Caravello | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Gina B. Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Alan D. Lasko & Associates PC | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Alan D. Lasko & Associates PC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE