IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re:

Paul H. Schwendener, Inc.

Debtor(s)

Case No: 10-12345
Judge: Eugene R. Wedoff
Chapter: 7

## Notice of Motion

To: Gina B. Krol
105 W. Madison Street
Suite 1100
Chicago, IL 60602-0000

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 31 2013
KENNETH S. GARDNER, CLERK
PS REP. - CM

Please take NOTICE that on January 7, 2014 at 9:30 a.m or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Wedoff or any other bankruptcy Judge presiding in his/her place in

X Room 744, the courtroom usually occupied by said Judge, in the Dirksen Federal Building, 219 S. Dearborn, Chicago IL 60604.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re:
Paul H. Schwendener, Inc

CASE No: 10-12345
Judge: Eugene R Wedoff
Chapter: 7

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 31 2013
KENNETH S. GARDNER, CLERK
PS REP. - CM

Motion for Extention of time

Motion for extention of time to object to the Final Report and ~~a time object~~ time extention to object to the final fee application.

Just recieving a copy of the Notice of trustee's final report and application for compensation and deadline to object (NFR) today December 31, 2013.

Requesting time to file my objection with a attorney for conceptual Construction

Conceptual Construction, Inc
5621 S Ashland
Phone 773 863-7083
Pro Se    Signature