EUGENE R. WEDOFF

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAUL H. SCHWENDENER, INC. | § | Case No. 07-12145 ERW |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on          , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRSTMERIT BANK, N.A. | | | | | |
| 000076 | MIDWEST BANK & TRUST COMPANY | | | | | |
| | MIDWEST BANK AND TRUST COMPANY | | | | | |
| | VILLAGE OF WESTMONT | | | | | |
| | NORTHERN TRUST COMPANY | | | | | |
| 000093 | THE NORTHERN TRUST COMPANY | | | | | |
| | DUPAGE COUNTY COLLECTOR | | | | | |
| | DUPAGE COUNTY COLLECTOR | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA  KROL | | | | | |
| GINA B. KROL | | | | | |
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| WILLIS OF ILLINOIS | | | | | |
| WILLIS OF ILLINOIS, INC. | | | | | |
| WILLIS OF ILLINOIS, INC. | | | | | |
| CAROL A. RABER | | | | | |
| CHICAGO TITLE AND TRUST COMPANY | | | | | |
| COMPASS SURVEYING LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CHICAGO TITLE & TRUST COMPANY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | | | | | |
| COM ED | | | | | |
| COM ED | | | | | |
| COMED | | | | | |
| COMMONWEALTH EDISON | | | | | |
| COMMONWEALTH EDISON | | | | | |
| DB CUSTOM WOODWORK, INC. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| LAICON, INC. | | | | | |
| NICOR | | | | | |
| NICOR | | | | | |
| NICOR | | | | | |
| NICOR | | | | | |
| NICOR | | | | | |
| NICOR | | | | | |
| ZYGMUNT ENTERPRISES | | | | | |
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO & ASSOCIATES PC | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO & ASSOCIATES PC | | | | | |
| COLLIERS BENNET & KAHN | | | | | |
| DONAL DODGE | | | | | |
| DONALD DODGE | | | | | |
| LAICON. INC. | | | | | |
| LAICON, INC. | | | | | |
| LAICON, INC. | | | | | |
| MILLER ADVERTISING AGENCY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBINETTE DEMOLITION, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000110 | BARBARA J. METZL | | | | | |
| 000098A | LABORERS' PENSION & WELFARE FUNDS | | | | | |
| 000029A | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000122A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000123 | ILLINOIS DEPT. OF REVENUE BANKRUPTC | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000113 | 720-726 W. RANDOLPH | | | | | |
| 000036 | A.A. CONTE & SON, INC. | | | | | |
| 000019 | ABILITY ROCKROAD CO. | | | | | |
| 000046 | ABILITY ROCKROAD CO. | | | | | |
| 000067 | ACE USA | | | | | |
| 000034 | ADVANCE IRON WORKS | | | | | |
| 000028 | AIR DESIGNS SYSTEMS | | | | | |
| 000042 | ALLIANCE FIRE PROTECTION, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000106 | AMERICAN HOME ASSURANCE COMPANY | | | | | |
| 000001 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000143 | ARCH INSURANCE COMPANY | | | | | |
| 000061 | ARCH SPECIALTY INSURANCE COMPANY | | | | | |
| 000075 | ARCHITECTURAL GLASS WORKS | | | | | |
| 000078 | ARCHITECTURAL GLASS WORKS | | | | | |
| 000032 | B.O.C. HEATING & AIR CONDITION | | | | | |
| 000111 | BAKER'S LANDSCAPE & DESIGN | | | | | |
| 000109 | BECHSTEIN CONSTRUCTION CORP. | | | | | |
| 000144 | BENJAMIN J. MIKULCIK | | | | | |
| 000053 | BETHANY METHODIST CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000054 | BETHANY METHODIST CORPORATION | | | | | |
| 000055 | BETHANY METHODIST CORPORATION | | | | | |
| 000141 | BETHANY METHODIST CORPORATION | | | | | |
| 000080 | BEVERLY ASPHALT PAVING CO. | | | | | |
| 000039 | BHFX, LLC | | | | | |
| 000041 | BHFX, LLC | | | | | |
| 000058 | BLOMMAERT BROS. MASONRY IN | | | | | |
| 000024 | BP | | | | | |
| 000064 | BRANDONISIO CONSTRUCTION CORPORATIO | | | | | |
| 000126 | BRANDONISIO CONSTRUCTION CORPORATIO | | | | | |
| 000142 | BRIDGET PROVOST | | | | | |
| 000050 | CAPE TOWNSEND, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000099 | CARPETS BY KORNICK, LTD. | | | | | |
| 000057 | CHAS. F. BRUCKNER & SON INC. | | | | | |
| 000083 | CHASE BANK USA, NA | | | | | |
| 000118 | CHICAGO DEPT. OF REVENUE | | | | | |
| 000119 | CHICAGO DEPT. OF REVENUE | | | | | |
| 000120 | CHICAGO DEPT. OF REVENUE | | | | | |
| 000121 | CHICAGO DEPT. OF REVENUE | | | | | |
| 000015 | COMMONWEALTH EDISON CO. | | | | | |
| 000105 | CONCRETE ERECTORS, LTD. | | | | | |
| 000013 | CONTRACT MIRROR & SUPPLY CO. | | | | | |
| 000116 | DOWNERS GROVE SANITARY DISTRICT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000074 | DU-AL FLOOR COMPANY, INC. | | | | | |
| 000021 | EVERGREEN SUPPLY COMPANY | | | | | |
| 000008 | FED EX CUSTOMER INFORMATION SERVICE | | | | | |
| 000092 | FLO TECH MECHANICAL SYSTEMS INC. | | | | | |
| 000082 | FRANK COONEY CO. INC. | | | | | |
| 000089 | FRIEDMAN & HOLTZ | | | | | |
| 000090 | G.F. STRUCTURES CORP. | | | | | |
| 000139 | G.F. STRUCTURES CORP. | | | | | |
| 000070 | GATE BLUEGRASS PRECAST, INC. | | | | | |
| 000071 | GATE PRECAST ERECTION COMPANY | | | | | |
| 000135 | GENE'S TIRE SERVICE, INC. | | | | | |
| 000011 | GILCO MECHANICAL CONTRACTORS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000081 | GLOBAL PRECAST | | | | | |
| 000048 | GREATLINE ELECTRIC, INC. | | | | | |
| 000097 | HILL CONCRETE PRODUCTS, INC. | | | | | |
| 000132 | HOOK CONCRETE & CONSTRUCTION | | | | | |
| 000145 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000091 | INDUSTRIAL METAL PRODCTS, INC. | | | | | |
| 000002 | INFINITI FINANCIAL SERVICES | | | | | |
| 000004 | INFINITI FINANCIAL SERVICES | | | | | |
| 000005 | INFINITI FINANCIAL SERVICES | | | | | |
| 000006 | INFINITI FINANCIAL SERVICES | | | | | |
| 000007 | INFINITI FINANCIAL SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000127 | JOHN P. FINN | | | | | |
| 000059 | JOHN P. HOPKINS SEWER CONTRACTOR, I | | | | | |
| 000084 | JOHN P. HOPKINS SEWER CONTRACTOR, I | | | | | |
| 000068 | JUST RITE ACOUSTICS, INC. | | | | | |
| 000098B | LABORERS' PENSION & WELFARE FUNDS | | | | | |
| 000107 | LEHMAN BROTHERS | | | | | |
| 000108 | LEHMAN BROTHERS | | | | | |
| 000033 | LEN COX & SONS EXCAVATION | | | | | |
| 000094 | LKS GLASS AND GLAZING, INC. | | | | | |
| 000017 | LOCKPORT STEEL FABRICATORS | | | | | |
| 000077 | LOSURDO, INC. | | | | | |
| 000095 | M. ECKER AND CO. OF ILLINOIS, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030 | M.J. FOGARTY & ASSOC. | | | | | |
| 000133 | M.J. FOGARTY & ASSOC. | | | | | |
| 000146 | MARY ELLEN MEIER | | | | | |
| 000073 | MECHANICAL, INC. | | | | | |
| 000063 | METALMASTER ROOFMASTER | | | | | |
| 000103 | MICHAEL S. SCHWENDENER | | | | | |
| 000104 | MICHAEL S. SCHWENDENER | | | | | |
| 000096 | MID-AMERICAN WATER, INC. | | | | | |
| 000115 | MOBILE OFFICE INC. | | | | | |
| 000044 | MPL CORPORATION | | | | | |
| 000014 | NELSON FIRE PROTECTION | | | | | |
| 000043 | NELSON FIRE PROTECTION | | | | | |
| 000079 | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | NISSAN MOTOR ACCEPTANCE CORPORATION | | | | | |
| 000056 | NISSAN MOTOR ACCEPTANCE CORPORATION | | | | | |
| 000003 | NMAC | | | | | |
| 000069 | OMNI ELECTRICAL SYSTEMS, INC. | | | | | |
| 000112 | PARK ASSOCIATES, INC. | | | | | |
| 000060 | PERFORMANCE INSULATION CONTRACTORS | | | | | |
| 000102 | PERKINS COIE | | | | | |
| 000065 | PITNEY BOWES INC | | | | | |
| 000027 | PMA CONSULTANTS LLC | | | | | |
| 000129 | PMA CONSULTANTS LLC | | | | | |
| 000130 | PMA CONSULTANTS LLC | | | | | |
| 000038 | PRAIRIE HOUSE AT CENTRAL STATION, L | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000051 | PROFESSIONAL DECORATING & PAINTING | | | | | |
| 000012 | REB STORAGE SYSTEMS INTL. | | | | | |
| 000138 | ROSELENE PAINTING INC. | | | | | |
| 000047 | ROY ZENERE TRUCKING | | | | | |
| 000020 | SACO INDUSTRIES | | | | | |
| 000035 | SAROWATZ CONSTRUCTION, INC. | | | | | |
| 000136 | SCE UNLIMITED | | | | | |
| 000018 | SCHINDLER ELEVATOR CORP. | | | | | |
| 000031 | SEYFARTH SHAW | | | | | |
| 000134 | SEYFARTH SHAW | | | | | |
| 000037 | SOKOL, BEHOT & FIORENZO | | | | | |
| 000114 | SOLAI CAMERON, INC. | | | | | |
| 000085 | SPANCRETE OF ILLINOIS INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | SPRINT NEXTEL CORP | | | | | |
| 000086 | ST PAUL FIRE AND MARINE INSURANCE C | | | | | |
| 000016 | SURF PREP | | | | | |
| 000040 | TECHNICAL ENGINEERS LOCAL UNION 130 | | | | | |
| 000137 | TEE-JAY SERVICE COMPANY | | | | | |
| 000025 | THE PLUMBING CO INC | | | | | |
| 000128 | THE PLUMBING CO INC | | | | | |
| 000066 | THE TRAVELERS INDEMNITY COMPANY | | | | | |
| 000125 | THE TRAVELERS INDEMNITY COMPANY | | | | | |
| 000087 | THOMAS P. ADAMSON | | | | | |
| 000088 | THOMAS P. ADAMSON | | | | | |
| 000131 | THORNE ELECTRIC INC. | | | | | |
| 000010 | TODD M. COWDEN, P.C. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000072 | TRESSLER, SODERSTROM, MALONEY | | | | | |
| 000049 | TUSCHALL ENGINEERING CO., INC. | | | | | |
| 000045 | TWIN OAKS LANDSCAPING | | | | | |
| 000100 | UNITED STATES FIRE INSURANCE COMPAN | | | | | |
| 000140 | UNITED STATES FIRE INSURANCE COMPAN | | | | | |
| 000052 | UNIVERSAL IRONWORKS, INC. | | | | | |
| 000117 | VILLAGE OF LAGRANGE | | | | | |
| 000062 | WASTE MANAGEMENT | | | | | |
| 000009 | WESTERN DUPAGE LANDSCAPING | | | | | |
| 000101 | WESTERN SURETY COMPANY | | | | | |
| 000023 | WORLD STONE DESIGN INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000029B | DEPARTMENT OF THE TREASURY | | | | | |
| 000122B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 07-12145 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name:    PAUL H. SCHWENDENER, INC.

For Period Ending:  04/09/13

Trustee Name:    GINA B. KROL

Date Filed (f) or Converted (c):    05/14/08 (c)

341(a) Meeting Date:    06/25/08

Claims Bar Date:    04/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIP Account | 0.00 | 46,519.78 | | 47,528.79 | FA |
| 2. A/R | 24,449.74 | 24,449.74 | | 168,334.68 | FA |
| 3. Balance Due on Lien Claim | 0.00 | 24,449.74 | OA | 0.00 | FA |
| 4. Fuel (u) | 0.00 | 4,106.25 | | 4,106.25 | FA |
| Remaining fuel contained in underground storage tanks. | | | | | |
| 5. Real estate | 0.00 | 1,200,000.00 | | 1,204,030.22 | FA |
| 6. PERSONAL PROPERTY | 0.00 | 31,219.50 | | 31,219.50 | FA |
| 7. Environmental Escrow (u) | 0.00 | 18,549.00 | | 18,549.00 | FA |
| 8. Reimbursement (u) | 0.00 | 33,449.73 | | 33,449.73 | FA |
| State's reimbursement of IEPA cleanup costs | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 86.21 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $24,449.74    $1,382,743.74    $1,507,304.38    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected final sum from Illinois Environmental Protection Agency. Trustee to prepare TFR

October 17, 2013, 02:36 pm

Initial Projected Date of Final Report (TFR): 06/30/09    Current Projected Date of Final Report (TFR): 12/31/13

/s/    GINA B. KROL

_____    Date: 06/05/14

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-12145   ERW   Judge: EUGENE R. WEDOFF | Trustee Name:   GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | Date Filed (f) or Converted (c):   05/14/08 (c) |
| | | 341(a) Meeting Date:   06/25/08 |
| | | Claims Bar Date:   04/28/09 |

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No:      07-12145  -ERW

Case Name:    PAUL H. SCHWENDENER, INC.

Taxpayer ID No: *******9748

For Period Ending: 04/09/13

Trustee Name:   GINA B. KROL

Bank Name:   ASSOCIATED BANK

Account Number / CD #:   *******0147  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,417.28 | | 33,417.28 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 28.96 | 33,388.32 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Account   *******0147 | Balance Forward | 0.00 | | |
| | 0 | Deposits | 0.00 | 1 | Checks | 28.96 |
| Memo Allocation Receipts: | 0.00 | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | |
| Memo Allocation Net: | 0.00 | | | | Total | $ 28.96 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 1 | Transfers In | 33,417.28 | | |
| | | Total | $ | 33,417.28 | | |

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9475 BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 06/10/08 | 1 | Downers Grove National Bank | Balance of DIP Account | 1129-000 | 46,519.70 | | 46,519.70 |
| | | | Corner of Curtiss and Main | | | | | |
| | | | Downers Grove, IL | | | | | |
| | 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.85 | | 46,522.55 |
| | 07/30/08 | 2 | Kroger Foods | | 1121-000 | 24,449.74 | | 70,972.29 |
| | 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.91 | | 70,978.20 |
| | 08/25/08 | 2 | Roman Catholic Diocese of Joliet | | 1121-000 | 114,350.94 | | 185,329.14 |
| | | | 425 Summit Street | | | | | |
| | | | Joliet, IL  60435 | | | | | |
| | 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 10.35 | | 185,339.49 |
| | 09/17/08 | 000301 | Gina  Krol | Trustee's fees per court order | 2100-000 | | 12,516.16 | 172,823.33 |
| | | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | | Chicago, IL  60602 | | | | | |
| | 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 13.68 | | 172,837.01 |
| | 10/07/08 | 1 | Bank of America | | 1129-000 | 240.47 | | 173,077.48 |
| | | | Willowbrook, IL | | | | | |
| | 10/07/08 | 1 | Harris Bank | | 1129-000 | 768.62 | | 173,846.10 |
| | | | P.O. Box 94033 | | | | | |
| | | | Palatine, IL  60094 | | | | | |
| * | 10/07/08 | | Kroger | | 1129-003 | 24,449.74 | | 198,295.84 |
| * | 10/07/08 | | Northern Trust Company | Wire Transfer to Secured Creditor | 4210-003 | 172,807.07 | | 371,102.91 |
| | | | Via Wire Transfer on 9/19/08 | | | | | |
| | | | Per Court Order | | | | | |
| * | 10/07/08 | | Reverses Adjustment IN on 10/07/08 | Wire Transfer to Secured Creditor | 4210-003 | -172,807.07 | | 198,295.84 |
| | 10/07/08 | | Northern Trust Company | Payment to Secured Creditor | 4210-000 | | 172,807.07 | 25,488.77 |
| | | | Via Wire Transfer | Wire transfer to secured creditor on 9/91/08 per court order | | | | |
| | 10/07/08 | 000302 | Clerk of US Bankruptcy Court | Fee to Issue Subpeona to Travelers Insurance | 2990-000 | | 39.00 | 25,449.77 |
| | | | 450 Main Street | | | | | |
| | | | Hartford, CT | | | | | |

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-12145  -ERW | | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9475  BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 04/09/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/23/08 | | Kroger | VOID | 1129-003 | -24,449.74 | | 1,000.03 |
| | | | Check was returned as "refer to maker" . It appears | | | | |
| | | | that this check was a duplicate of an amount | | | | |
| | | | previously paid on 7/30/08 | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 1,000.28 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,000.36 |
| 12/03/08 | 4 | Van Hosen Industries, Inc. | | 1229-000 | 4,106.25 | | 5,106.61 |
| | | 7N458 Garden Ave. | | | | | |
| | | Roselle, IL 60172 | | | | | |
| 12/09/08 | 000303 | Willis of Illinois, Inc. | Insurance Premium | 2420-000 | | 1,130.00 | 3,976.61 |
| | | P.O. Box 93225 | | | | | |
| | | Chicago, IL 60673 | | | | | |
| 12/15/08 | 5 | Zygmunt Realty | Initial Earnest Money Depost | 1110-000 | 25,000.00 | | 28,976.61 |
| | | PO Box 542 | | | | | |
| | | Westmont, IL 60559 | | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,976.85 |
| 01/05/09 | 000304 | Nicor | Account Number 88-96-31-1000 7 | 2990-000 | | 288.11 | 28,688.74 |
| | | PO Box 0632 | Gas service pending sale of property | | | | |
| | | Aurora, IL 60507-0632 | | | | | |
| 01/05/09 | 000305 | ComEd | Account Number 8920592005 | 2990-000 | | 3,201.49 | 25,487.25 |
| | | Bill Payment Center | Electric Service | | | | |
| | | Chicago, IL  60668-0001 | | | | | |
| 01/07/09 | 6 | American Auction Associates | Proceeds of sale | 1129-000 | 31,219.50 | | 56,706.75 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 01/21/09 | 2 | Prairie Management & Development | | 1121-000 | 29,534.00 | | 86,240.75 |
| | | 333 N. Michigan Ave., Ste. 1700 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 01/28/09 | 000306 | Willis of Illinois | Insurance Premium | 2420-000 | | 5,923.00 | 80,317.75 |
| | | P. O. Box 93225 | Invoice Number 0870545 | | | | |
| | | Chicago, IL  60673-4700 | | | | | |

FORM 2    Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9475  BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.79 | | 80,318.54 |
| 02/02/09 | 000307 | Commonwealth Edison Bill Payment Center Chicago, IL 60668 | January Electric Service | 2990-000 | | 484.86 | 79,833.68 |
| 02/02/09 | 000308 | Compass Surveying Ltd. 2631 Ginger Woods Parkway Suite 100 Aurora, IL  60502 | Alta Survey | 2500-000 | | 3,500.00 | 76,333.68 |
| 02/03/09 | 000309 | NICOR PO Box 0632 Aurora, IL 60507 | Gas Service | 2990-000 | | 371.76 | 75,961.92 |
| 02/17/09 | 000310 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 62.53 | 75,899.39 |
| 02/18/09 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 65,899.39 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.15 | | 65,900.54 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.13 | | 65,901.67 |
| 04/01/09 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 38,000.00 | 27,901.67 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.61 | | 27,902.28 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 27,902.99 |
| 06/24/09 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 25,902.99 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 25,903.67 |
| 07/22/09 | 5 | Zygmunt Enterprises LLC | Balance of earnest money | 1122-000 | 25,000.00 | | 50,903.67 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.82 | | 50,904.49 |
| 08/13/09 | 5 | Chicago Title and Trust Company 171 North Clark Chicago, IL  60601 | | | 150,000.00 | | 200,904.49 |
| | | ZYGMUNT ENTERPRISES | Memo Amount:        1,150,000.00 Proceeds of sale | 1110-000 | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:      (      5,153.00 ) | 2500-000 | | | |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

Ver: 17.05d

FOR M 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-12145  -ERW | | | Trustee Name: | GINA B. KROL | |
| Case Name: | PAUL H. SCHWENDENER, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******9475  BofA - Money Market Account | |
| Taxpayer ID No: | *******9748 | | | | | |
| For Period Ending: | 04/09/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COLLIERS BENNET & KAHN | Title costs, transfer taxes, escrow | | | | |
| | | | Memo Amount: (     60,000.00 ) | 3510-000 | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Broker's Commission | | | | |
| | | | Memo Amount: (     50,000.00 ) | 2990-000 | | | |
| | | | Environmental Holdback | | | | |
| | | | Per r/e contract, holdback in escrow with CT&T | | | | |
| | | | until buyer receives a No Further Remediation letter | | | | |
| | | | from IEPA | | | | |
| | | VILLAGE OF WESTMONT | Memo Amount: (     690.40 ) | 4120-000 | | | |
| | | | Water Lien Payoff | | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: (     30,736.14 ) | 4700-000 | | | |
| | | | 2007 r/e tax redemption | | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: (     28,545.46 ) | 4700-000 | | | |
| | | | 2008 r/e tax bill | | | | |
| | | ZYGMUNT ENTERPRISES | Memo Amount: (     18,845.12 ) | 2990-000 | | | |
| | | | 2009 r/e tax proration | | | | |
| | | MIDWEST BANK & TRUST COMPANY | Memo Amount: (     806,029.88 ) | 4110-000 | | | |
| | | | Partial Payment of Secured Claim | | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.23 | | 200,909.72 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.26 | | 200,917.98 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.53 | | 200,926.51 |
| 11/03/09 | 000311 | Laicon, Inc. | Final Environmental Report | 2990-000 | | 6,121.87 | 194,804.64 |
| | | 9914 Derby Lane | | | | | |
| | | Westchester, IL 60154 | | | | | |
| 11/24/09 | 000312 | Alan D. Lasko | 1st Interim Accountant Fees | 3410-000 | | 13,516.40 | 181,288.24 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 11/24/09 | 000313 | Alan D. Lasko | 1st Interim Accountant Expenses | 3420-000 | | 48.75 | 181,239.49 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9475  BofA - Money Market Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | Chicago, IL 60603 | | | | | |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.03 | | 181,247.52 |
| 12/22/09 | 000314 | Midwest Bank and Trust Company | Partial Satisfaction of Secured Claim per court order | 4110-000 | | 102,000.00 | 79,247.52 |
| | | c/o Mr. August Pilati | | | | | |
| | | 53 W. Jackson Blvd. | | | | | |
| | | Suite 528 | | | | | |
| | | Chicago, IL  60604 | | | | | |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.14 | | 79,254.66 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.36 | | 79,258.02 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.04 | | 79,261.06 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.37 | | 79,264.43 |
| 04/13/10 | | Transfer to Acct #*******9721 | Bank Funds Transfer | 9999-000 | | 79,264.43 | 0.00 |

| | | | Account   *******9475 | | Balance Forward | 0.00 | | | |
| | | | | 13 | Deposits | 451,189.22 | 15 | Checks | 322,011.00 |
| | | | | 22 | Interest Postings | 86.21 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 343,970.12 * | | | | | | 4 | Transfers Out | 129,264.43 |
| Memo Allocation Disbursements: | 193,970.12 | | | | Subtotal | $  451,275.43 | | | |
| | | | | | | | | Total | $  451,275.43 |
| Memo Allocation Net: | 150,000.00 | | | 2 | Adjustments In | 0.00 | | | |
| | | | | 0 | Transfers In | 0.00 | | | |
| | | | | | Total | $  451,275.43 | | | |

Ver: 17.05d

FORM 2

Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-12145 -ERW | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9721 BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/09 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 02/18/09 | 003001 | Donal Dodge | Auctioneer Expenses per Court order | 3620-000 | | 5,954.37 | 4,045.63 |
| | | 8005 W. 93rd St., | | | | | |
| | | Hickory Hills, IL 60457 | | | | | |
| 03/12/09 | 003002 | Nicor | Acct. # 89-96-31-1000 7 | 2990-000 | | 313.11 | 3,732.52 |
| | | P.O. Box 0632 | | | | | |
| | | Aurora, IL 60507 | | | | | |
| 03/12/09 | 003003 | Com Ed | Acct # 8920592005 | 2990-000 | | 246.73 | 3,485.79 |
| | | P.O. Box 6111 | | | | | |
| | | Carol Stream, IL 60197 | | | | | |
| 03/24/09 | 003004 | Donald Dodge | Expense Reimbursement per Ct Order | 3620-000 | | 603.00 | 2,882.79 |
| | | American Auction Associates | | | | | |
| 04/01/09 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 38,000.00 | | 40,882.79 |
| 04/01/09 | 003005 | Robinette Demolition, Inc. | UST Removal per Court Order | 3992-000 | | 14,497.50 | 26,385.29 |
| | | 0S560 Highway 83 | | | | | |
| | | Oakbrook Terrace, IL 60181 | | | | | |
| 04/01/09 | 003006 | Laicon. Inc. | Environmental Consultant per Order | 3731-000 | | 6,998.11 | 19,387.18 |
| | | 9914 Derby Lane | Invoice Number 25770 | | | | |
| | | Westchester, IL 60154 | | | | | |
| 04/01/09 | 003007 | Laicon, Inc. | Environmental Consultant per Court | 3732-000 | | 17,112.86 | 2,274.32 |
| | | 9914 Derby Lane | Invoice Number 25778 | | | | |
| | | Westchester, IL 60154 | | | | | |
| 06/16/09 | 003008 | Commonwealth Edison | Electric Service | 2990-000 | | 781.11 | 1,493.21 |
| | | PO Box 6111 | Acct. # 8920592005 | | | | |
| | | Carol Stream, IL 60197 | | | | | |
| 06/16/09 | 003009 | NICOR | Gas Service | 2990-000 | | 87.32 | 1,405.89 |
| | | PO Box 0632 | Acct# 88-96-31-1000 7 | | | | |
| | | Aurora, IL 60507 | | | | | |
| 06/24/09 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 3,405.89 |
| 07/15/09 | 003010 | Miller Advertising Agency | Invoice #678162-077 | 3992-000 | | 2,066.80 | 1,339.09 |

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          07-12145 -ERW
Case Name:     PAUL H. SCHWENDENER, INC.

Taxpayer ID No:  *******9748
For Period Ending:  04/09/13

Trustee Name:      GINA B. KROL
Bank Name:         BANK OF AMERICA, N.A.
Account Number / CD #:     *******9721  BofA - Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 71 Fifth Avenue<br>New York, NY  10003 | Tribune advertising for auction sale of 1000 & 1010<br>Vandustrial Dr., Westmont, IL | | | | |
| * 07/27/09 | 003011 | DB Custom Woodwork, Inc.<br>6100 Janes Avenue<br>Downers Grove, IL 60516 | Grass Cutting at Property | 2990-003 | | 600.00 | 739.09 |
| 08/03/09 | 5 | Midwest Bank & Trust<br>1606 N. Harlem Ave.<br>Elmwood Park, IL 60707 | Advance for Expenses | 1180-002 | 4,030.22 | | 4,769.31 |
| 08/03/09 | 003012 | Com Ed<br>PO Box 6111<br>Carol Stream, IL, 60602 | Electric service thru 7/24/09<br>Electric service thru 7/24/09 | 2990-000 | | 431.90 | 4,337.41 |
| 08/03/09 | 003013 | Willis of Illinois, Inc.<br>PO Box 93225<br>Chicago, IL  60673 | Insurance  Inv. #0875979 | 2420-000 | | 2,962.00 | 1,375.41 |
| 08/03/09 | 003014 | NICOR<br>PO Box 2020<br>Aurora, IL  60507 | Gas Service thru 7/30/09 | 2990-000 | | 65.61 | 1,309.80 |
| 08/24/09 | 003015 | Carol A. Raber<br>219 S. Dearborn Street<br>Suite 667<br>Chicago, IL 60604 | Attendance at Sale | 2500-000 | | 145.00 | 1,164.80 |
| 08/24/09 | 003016 | Nicor<br>PO Box 0632<br>Aurora, IL 60507-0632 | Final Read for Gas Service | 2990-000 | | 13.12 | 1,151.68 |
| * 09/14/09 | 003011 | DB Custom Woodwork, Inc.<br>6100 Janes Avenue<br>Downers Grove, IL 60516 | Grass Cutting at Property | 2990-003 | | -600.00 | 1,751.68 |
| 09/14/09 | 003017 | DB Custom Woodwork, Inc.<br>6100 Janes Avenue<br>Downers Grove, IL 60516 | Grass Cutting at Property | 2990-003 | | 600.00 | 1,151.68 |
| 11/30/09 | 003018 | Internal Revenue Service | Penalty per notice | 2990-000 | | 712.00 | 439.68 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  9

Exhibit 9

| Case No: | 07-12145  -ERW | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9721  BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Cincinnati, OH  45999-0039 | | | | | |
| 02/09/10 | 003019 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 59.15 | 380.53 |
| 04/13/10 | | Transfer from Acct #*******9475 | Bank Funds Transfer | 9999-000 | 79,264.43 | | 79,644.96 |
| 04/14/10 | 003020 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 53,307.55 | 26,337.41 |
| 04/14/10 | 003021 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Attorneys' fees per court order | 3110-000 | | 14,648.44 | 11,688.97 |
| 04/14/10 | 003022 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Attorneys' expenses per court order | 3120-000 | | 649.68 | 11,039.29 |
| 04/14/10 | 003023 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | attorneys' fees per court order | 3310-000 | | 7,324.22 | 3,715.07 |
| 04/14/10 | 003024 | Alan D. Lasko & Associates PC<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 3,696.35 | 18.72 |
| 04/14/10 | 003025 | Alan D. Lasko & Associates PC<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 18.72 | 0.00 |
| 08/31/10 | 7 | Chicago Title Insurance Company<br>171 N. Clark Street<br>Chicago, IL 60601 | Environmental escrow | 1210-000 | 18,549.00 | | 18,549.00 |
| 10/05/10 | 003026 | Laicon, Inc.<br>9914 Derby Lane<br>Westchester, IL 60154 | Invoice #26180<br>Environmental Specialists | 3991-000 | | 3,700.00 | 14,849.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 32)*

Ver: 17.05d

FORM 2

Page: 10

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-12145 -ERW | |
| Case Name: | PAUL H. SCHWENDENER, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******9748 |
| For Period Ending: | 04/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9721 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/10 | 003027 | FirstMerit Bank, N.A. Successor in Interest to FDIC as receiver for Midwest Bank | Secured Claim per Court Order | 4110-000 | | 14,849.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Account *******9721 | Balance Forward | 0.00 | | | |
| | | 2 Deposits | 22,579.22 | 28 | Checks | 151,843.65 |
| | | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: 0.00 | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: 0.00 | | Subtotal | $ 22,579.22 | | | |
| | | | | | Total | $ 151,843.65 |
| Memo Allocation Net: 0.00 | | 0 Adjustments In | 0.00 | | | |
| | | 4 Transfers In | 129,264.43 | | | |
| | | Total | $ 151,843.65 | | | |

FORM 2    Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         07-12145  -ERW                             Trustee Name:          GINA B. KROL
Case Name:       PAUL H. SCHWENDENER, INC.                  Bank Name:             BANK OF AMERICA, N.A.
                                                            Account Number / CD #: *******4360  BofA - Checking Account
Taxpayer ID No:  *******9748
For Period Ending: 04/09/13                                 Blanket Bond (per case limit):  $ 5,000,000.00
                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/12 | 8 | State of Illinois | | 1249-000 | 12,840.19 | | 12,840.19 |
| | | Environmental Protection Agency | | | | | |
| 04/30/12 | 8 | State of Illinois | | 1249-000 | 1,115.34 | | 13,955.53 |
| | | Environmental Protection Agency | | | | | |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.88 | 13,939.65 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.57 | 13,923.08 |
| 07/23/12 | 8 | State of Illinois | | 1249-000 | 19,494.20 | | 33,417.28 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,417.28 | 0.00 |

|  | Account   *******4360 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 33,449.73 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 32.45 |
| | | | | 1 | Transfers Out | 33,417.28 |
| | | Subtotal | $   33,449.73 | | | |
| Memo Allocation Receipts:          0.00 | | | | | Total | $   33,449.73 |
| Memo Allocation Disbursements:     0.00 | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| Memo Allocation Net:               0.00 | | Total | $   33,449.73 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   12

Exhibit 9

| Case No: | 07-12145 -ERW | | Trustee Name: | GINA B. KROL |
| Case Name: | PAUL H. SCHWENDENER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4360  BofA - Checking Account |
| Taxpayer ID No: | *******9748 | | | |
| For Period Ending: | 04/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 343,970.12 * | | Report Totals | | Balance Forward | 0.00 | | Checks | 473,883.61 |
| Total Allocation Disbursements: | 193,970.12 | | | 18 | Deposits | 507,218.17 | 44 | | |
| | | | | 22 | Interest Postings | 86.21 | 2 | Adjustments Out | 32.45 |
| Total Memo Allocation Net: | 150,000.00 | | | | | | 5 | Transfers Out | 162,681.71 |
| | | | | | Subtotal | $ 507,304.38 | | Total | $ 636,597.77 |
| | | | | 2 | Adjustments In | 0.00 | | | |
| | | | | 5 | Transfers In | 162,681.71 | | | |
| | | | | | Total | $ 669,986.09 | | Net Total Balance | $ 33,388.32 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 06/05/14

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 35)*

Ver: 17.05d